AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS and GREGG BUCHWALTER, Individually And On Behalf Of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; META PLATFORMS, INC., a corporation doing business as "META" and "FACEBOOK, INC."; [SEE SUMMONS ATTACHMENT]<br>*Defendant(s)* | Civil Action No. 2:22-cv-09438 AB (MAAx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; META PLATFORMS, INC., a corporation doing business as "META" or "FACEBOOK, INC."; INSTAGRAM, INC., a Delaware corporation; AMAZON, INC., a Delaware corporation; YOU TUBE, INC., a Delaware corporation; APPLE, INC., a Delaware corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; ; DNC SERVICES CORPORATION, a corporation doing business as "THE DEMOCRATIC NATIONAL COMMITTEE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael E. Reznick SB No. 116126
Law Offices of Michael E. Reznick
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377
Telephone (Direct): (818) 437-5630 - Email: Reznagoura@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  01/03/2023                                    _____
                                                     *Signature of Clerk or Deputy Clerk*

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

INSTAGRAM, INC., a Delaware corporation; AMAZON, INC., a Delaware corporation; YOU TUBE, INC., a Delaware corporation; APPLE, INC., a Delaware corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as "THE DEMOCRATIC NATIONAL COMMITTEE" OR "DNC,"

                                                                Defendants.