# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BRIGGS, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>TWITTER, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22–cv–09438–AB–MAA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 12/29/2022 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Attachment(s): 1 Civil Cover Sheet, # 2 Supplement should not have been attached to Docket Entry No. 1. The document(s) should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs.

Clerk, U.S. District Court

Dated: January 3, 2023                    By:  /s/ Shaunte M Hunter  shaunte_hunter@cacd.uscourts.gov
                                                                    Deputy Clerk