Name and address:
David R. Singer
Jenner & Block LLP
515 S. Flower St., Suite 3330
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Jackson, Julie Briggs and Gregg Buchwalter, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br>Twitter, Inc., Google LLC, Alphabet, Inc., Meta Platforms, Inc., et al.<br>Defendant(s). | CASE NUMBER<br>22-cv-09438-AB (MAA)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Jacobs-Perry, Precious S.   of   Jenner & Block LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   353 N. Clark Street
312-840-8615   312-840-8715   Chicago, IL 60654
*Telephone Number*   *Fax Number*
pjacobs-perry@jenner.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Apple, Inc.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

David R. Singer   of   Jenner & Block LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   515 S. Flower St., Suite 3330
204699   213-239-5100   213-239-5199   Los Angeles, CA 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
dsinger@jenner.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated _____   _____
   U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1