| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| | David R. Singer (Cal. Bar No. 204699) |
| 2 | 515 South Flower Street, Suite 3300 |
| | Los Angeles, CA 90071-2246 |
| 3 | Telephone: (213) 239 5100 |
| 4 | |
| | Gregory D. Washington (Cal. Bar No. 318796) |
| 5 | 455 Market Street, Suite 2100 |
| | San Francisco, CA 94105 |
| 6 | Telephone: (415) 293 5937 |
| | gwashington@jenner.com |
| 7 | |
| | Attorneys for Defendant |
| 8 | APPLE INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON et al., | CASE NO.: 2:22-cv-09438-AB (MAA) |
| Plaintiffs, | **DEFENDANT APPLE INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE** |
| v. | |
| TWITTER, INC., et al., | |
| Defendants. | Complaint Filed: December 29, 2022 |
| | Trial Date: Not Set |

**NOTICE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Apple Inc., certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Apple Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant states that:

1. Apple Inc. does not have any parent corporations.
2. No publicly held corporation owns 10% or more of the stock of Apple Inc.

Dated: February 3, 2023                              JENNER & BLOCK LLP

By: */s/ David R. Singer*
David R. Singer
Gregory D. Washington

Attorneys for Defendant
APPLE INC.