Name and address:
David R. Singer
Jenner & Block LLP
515 S. Flower St., Suite 3330
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Richard Jackson, Julie Briggs and Gregg Buchwalter, individually and on behalf of all others similarly situated

Plaintiff(s)

v.

Twitter, Inc., Google LLC, Alphabet, Inc., Meta Platforms, Inc., et al.

Defendant(s).

CASE NUMBER

22 cv 09438 AB (MAA)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Jacobs-Perry, Precious S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-840-8615
*Telephone Number*

312-840-8715
*Fax Number*

pjacobs-perry@jenner.com
*E-Mail Address*

of

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Apple, Inc.

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

David R. Singer
*Designee's Name (Last Name, First Name & Middle Initial)*

204699
*Designee's Cal. Bar No.*

213-239-5100
*Telephone Number*

213-239-5199
*Fax Number*

dsinger@jenner.com
*E-Mail Address*

of

Jenner & Block LLP
515 S. Flower St., Suite 3330
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** **February 3, 2023**

**U.S. District Judge**