JENNER & BLOCK LLP
David R. Singer (Bar No. 204699)
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239 5100

Gregory D. Washington (Bar No. 318796)
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (415) 293 5937
gwashington@jenner.com

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>TWITTER, INC., et al.<br><br>    Defendants. | Case No. 2:22-cv-09438-AB (MAA)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: January 19, 2023<br>Current Response Date: February 9, 2023<br>New Response Date: March 13, 2023<br><br>Trial Date: Not Set |

The Plaintiffs Richard Jackson, et al. ("Plaintiffs") and Defendant Apple Inc. ("Apple") (together, the "Parties") hereby stipulate and agree as follows:

## RECITALS

A. Plaintiffs filed their initial complaint on December 29, 2022;

B. Plaintiffs served the summons and complaint on Apple on January 19, 2023;

C. Apple's current response to the complaint is due on or before February 9, 2023.

D. The Parties have conferred and agree that, to afford Apple time to respond to the complaint, Apple should be permitted thirty (30) additional days before being required to file a response.

E. Under F.R.C.P. 6(a)(1)(C), because the final day of this 30-day period falls on Saturday March 11, 2023, the period of time for Apple to respond will extend to Monday March 13, 2023.

## STIPULATION

The Parties, by and through their counsel, hereby stipulate to extend Apple's last day to respond to Plaintiff's complaint to and including March 13, 2023.

Dated: February 6, 2023

JENNER & BLOCK LLP

By: */s/ David R. Singer*
David R. Singer (Bar No. 204699)
dsinger@jenner.com

Gregory D. Washington
gwashington@jenner.com

*Attorneys for Defendant Apple Inc.*

1

2  Dated: February 1, 2023

3

4

5

6

7

8

9

10

LAW OFFICES OF MICHAEL E. REZNICK

By: /s/
Michael E. Reznick (Bar No. 116126)
LAW OFFICES OF MICHAEL E. REZNICK
283 Ocho Rios Way
Oak Park, California 92101
Telephone: (818) 437-5630
reznagoura@aol.com

*Attorney for Plaintiffs Richard Jackson et al.*

11

12

13

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28