MCGUIREWOODS LLP
Tanya L. Greene (SBN 267975)
Wells Fargo Center, South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9879
Facsimile:  (213) 457-9899
E-Mail: tgreene@mcguirewoods.com

Attorneys for Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; META PLATFORMS, INC., a corporation doing business as "META" and "FACEBOOK, INC."; INSTAGRAM, INC., a Delaware corporation; AMAZON INC., a Delaware corporation; YOUTUBE INC., a Delaware corporation; APPLE, INC., a Delaware corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as, "THE DEMOCRATIC NATIONAL COMMITTEE" OR "DNC,"<br><br>Defendants. | CASE NO. 2:22-cv-09438-AB (MAA)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[*Filed concurrently with Declaration of Tanya L. Greene and [proposed] order*]<br><br>Complaint Served: January 20, 2023<br>Current Response Date: February 10, 2023<br>New Response Date: April 11, 2023 |

Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter (collectively, "Plaintiffs") and Defendant Twitter, Inc. ("Twitter") (together, the "Parties"), through their respective counsel of record, hereby agree and stipulate as follows:

## RECITALS

WHEREAS, Plaintiffs filed their initial Complaint on December 29, 2022;

WHEREAS, Plaintiffs served the summons and Complaint on Twitter on January 20, 2023;

WHEREAS, Twitter's current response to the Complaint is due on or before February 10, 2023;

WHEREAS, the Parties have conferred and agree that, to afford Twitter time to respond to the complaint, Twitter's deadline to respond to the Complaint should be extended by sixty (60) days, up to and including April 11, 2023;

WHEREAS, the Parties agree that this extension will not alter the date of any event or any deadline already fixed by Court order.

## STIPULATION

THEREFORE, the Parties agree through their respective attorneys to the following:

1. Twitter's deadline to respond to the Complaint shall be extended up to and including April 11, 2023.

Dated: February 8, 2023         MCGUIREWOODS LLP

By: /s/ Tanya L. Greene
Tanya L. Greene
Attorneys for Defendant Twitter, Inc.

Dated: February 8, 2023         LAW OFFICES OF MICHAEL E. REZNICK

By: /s/ Michael E. Reznick (*as authorized on 02/08/23*)
Michael E. Reznick

Attorneys for Plaintiffs Richard Jackson, Julie Briggs, and Greg Buchwalter, Individually and on Behalf of All Others Similarly Situated

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Tanya L. Greene*
Tanya L. Greene

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Tanya L. Greene*
Tanya L. Greene

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT