MCGUIREWOODS LLP
Tanya L. Greene (SBN 267975)
Wells Fargo Center, South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9879
Facsimile:  (213) 457-9899
E-Mail: tgreene@mcguirewoods.com

Attorneys for Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; META PLATFORMS, INC., a corporation doing business as "META" and "FACEBOOK, INC."; INSTAGRAM, INC., a Delaware corporation; AMAZON INC., a Delaware corporation; YOUTUBE INC., a Delaware corporation; APPLE, INC., a Delaware corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as, "THE DEMOCRATIC NATIONAL COMMITTEE" OR "DNC,"<br><br>Defendants. | CASE NO. 2:22-cv-09438-AB (MAA)<br><br>**DECLARATION OF TANYA L. GREENE IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[*Filed concurrently with Joint Stipulation and [Proposed] Order*]<br><br>Complaint Served: January 20, 2023<br>Current Response Date: February 10, 2023<br>New Response Date: April 11, 2023 |

1
DECLARATION OF TANYA L. GREENE IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## DECLARATION OF TANYA L. GREENE

I, Tanya L. Greene, hereby declare as follows:

1.  I am an attorney duly admitted to practice before this Court. I am a partner with McGuireWoods LLP, attorneys of record for Defendant Twitter, Inc. ("Twitter"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of the Joint Stipulation to Extend Time to Respond to Initial Complaint.

2.  On or about December 29, 2022, Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter ("Plaintiffs") filed a complaint (the "Complaint") in the above-captioned matter against Twitter.

3.  On or about January 20, 2023, Twitter was personally served with copies of the Summons and Complaint.

4.  On February 7, 2023, I was retained as counsel in this matter.

5.  Given the length of the Complaint, the five causes of action, the numerous parties, and the class action nature of this matter, additional time is needed to analyze the matter before Twitter responds to the Complaint.

6.  On February 7, 2023, I spoke to Michael E. Reznick, counsel for Plaintiffs, and we agreed to extend Twitter's response deadline by sixty days.

7.  There have been no previous requests to extend this deadline.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 8, 2023, at Los Angeles, California.

_____
Tanya L. Greene