MCGUIREWOODS LLP
Tanya L. Greene (SBN 267975)
Wells Fargo Center, South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9879
Facsimile:  (213) 457-9899
E-Mail: tgreene@mcguirewoods.com

Attorneys for Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; META PLATFORMS, INC., a corporation doing business as "META" and "FACEBOOK, INC."; INSTAGRAM, INC., a Delaware corporation; AMAZON INC., a Delaware corporation; YOUTUBE INC., a Delaware corporation; APPLE, INC., a Delaware corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as, "THE DEMOCRATIC NATIONAL COMMITTEE" OR "DNC," <br><br> Defendants. | CASE NO. 2:22-cv-09438-AB (MAA) <br><br> **DEFENDANT TWITTER, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE** <br><br> Complaint Filed:  December 29, 2022 |

1

## <u>NOTICE OF INTERESTED ENTITIES OR PERSONS</u>

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Twitter, Inc., certifies that the following listed party may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.     Defendant Twitter, Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Twitter, Inc. states that:

1.     Twitter, Inc.'s parent corporation is X Holdings I, Inc.

2.     No publicly held corporation owns 10% or more of the stock of Twitter, Inc.

DATED: February 8, 2023                MCGUIREWOODS LLP


                                 By: */s/ Tanya L. Greene*
                                     Tanya L. Greene

                                 Attorneys for Defendant Twitter, Inc.

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on February 8, 2023, I electronically transmitted the

3 foregoing document to the Clerk's Office using the CM/ECF System for filing and

4 service via transmittal of a Notice of Electronic Filing.

5        I declare under penalty of perjury under the laws of the United States of

6 America that the foregoing is true and correct.

7

8                          */s/ Tanya L. Greene*
                            Tanya L. Greene

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28