Name and address:
Tanya L. Greene (SBN 267975)
McGUIREWOODS LLP
355 South Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Tel.: (213) 457-9879
E-Mail: tgreene@mcguirewoods.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al., <br><br> Plaintiff(s) <br> v. <br><br> TWITTER, INC., et al., <br><br> Defendant(s). | **CASE NUMBER** <br> 2:22-cv-09438-AB-MAA <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Ellis, Jonathan Y.    of   McGUIREWOODS LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    501 Fayetteville Street, Suite 500
(919) 755-6688    (919) 755-6588    Raleigh, North Carolina 27601
*Telephone Number*    *Fax Number*
jellis@mcguirewoods.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Twitter, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:
**and designating as Local Counsel**

Greene, Tanya L    of   McGUIREWOODS LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    355 South Grand Avenue
267975    (213) 457-9879    (213) 457 9899    Suite 4200
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*    Los Angeles, California 90071
tgreene@mcguirewoods.com
*E-Mail Address*    *Firm/Agency Name & Address*

### HEREBY ORDERS THAT the Application be:
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1