JENNER & BLOCK LLP
David R. Singer (Bar No. 204699)
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239 5100
dsinger@jenner.com

Gregory D. Washington (Bar No. 318796)
455 Market Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 293 5937
gwashington@jenner.com

Precious S. Jacobs-Perry
(admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 840-8615
Pjacobs-perry@jenner.com

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al. <br><br> Defendants. | Case No. 2:22-cv-09438-AB (MAA) <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** <br><br> *[Filed concurrently with the Declaration of David R. Singer and [proposed] order* <br><br> Complaint Served: January 19, 2022 <br> Current Response Date: March 13, 2023 <br> New Response Date: April 11, 2023 <br><br> Trial Date: Not Set |

The Plaintiffs Richard Jackson, et al. ("Plaintiffs") and Defendant Apple Inc., ("Apple"), (together, the "Parties"), hereby stipulate and agree as follows:

## RECITALS

WHEREAS, Plaintiffs filed their initial Complaint on December 29, 2022;

WHEREAS, Plaintiffs served the Summons and Complaint on Apple on January 19, 2023;

WHEREAS, the Parties previously stipulated to extend Apple's time to respond to the Complaint by 30 days under Local Rule 8-3, *see* ECF No. 12;

WHEREAS, Plaintiffs and Defendant Twitter, Inc. have stipulated to extend Twitter's time to respond to the Complaint up to and including April 11, 2023, *see* ECF No. 13;

WHEREAS, the Parties have conferred and agreed to an additional 30-day extension, up to and including April 11, 2023, for Apple to respond to the Complaint so that the timing of Defendants' responses to the Complaint can be synchronized and more efficient for the parties and the Court.

WHEREAS, the additional extension will not impact any other deadlines in the case;

## STIPULATION

The parties, by and through their counsel, hereby stipulate that Apple shall have up to and including April 11, 2023, to answer or otherwise respond to the Complaint.

Dated: February 13, 2023

JENNER & BLOCK LLP

By: */s/ David R. Singer*
David R. Singer (Bar No. 204699)
dsinger@jenner.com

Precious S. Jacobs-Perry (admitted *pro hac vice*)
pjacobs-perry@jenner.com

Gregory D. Washington
gwashington@jenner.com

*Attorneys for Defendant Apple Inc.*

| | |
|---|---|
| Dated: February __, 2023 | LAW OFFICES OF MICHAEL E. REZNICK<br><br>By: /s/<br>Michael E. Reznick (Bar No. 116126)<br>LAW OFFICES OF MICHAEL E. REZNICK<br>283 Ocho Rios Way<br>Oak Park, California 92101<br>Telephone: (818) 437-5630<br>reznagoura@aol.com<br><br>*Attorney for Plaintiffs Richard Jackson et al.* |

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

3

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
CASE NO. 2:22-CV-09438-AB (MAA).