1  JENNER & BLOCK LLP
   David R. Singer (Bar No. 204699)
2  515 South Flower Street, Suite 3300
   Los Angeles, CA  90071-2246
3  Telephone: (213) 239 5100
   dsinger@jenner.com
4

5  Gregory D. Washington (Bar No. 318796)
   455 Market Street, Suite 2100
6  San Francisco, CA 94105
   Telephone: (415) 293 5937
7  gwashington@jenner.com

8  Precious S. Jacobs-Perry
   (admitted *pro hac vice*)
9  353 N. Clark Street
   Chicago, IL 60654-3456
10 Telephone: (312) 840 8615
   Pjacobs-perry@jenner.com
11

12 *Attorneys for Defendant Apple Inc.*

13

14            **UNITED STATES DISTRICT COURT**

15            **CENTRAL DISTRICT OF CALIFORNIA**

16

17 RICHARD JACKSON, et al.,                )  Case No. 2:22-cv-09438-AB
                                           )  (MAA)
18              Plaintiffs,                )
                                           )
19      v.                                 )  **DECLARATION OF DAVID R.
                                           )  SINGER IN SUPPORT OF THE
20 TWITTER, INC., et al.                   )  JOINT STIPULATION TO
                                           )  EXTEND TIME TO RESPOND
21              Defendants.                )  TO INITIAL COMPLAINT
                                           )
22                                         )  Complaint Served: January 19,
                                           )  2022
23                                         )  Current Response Date: March 13,
                                           )  2023
24                                         )  New Response Date: April 11,
                                           )  2023
25                                         )
                                           )  Trial Date: Not Set
26                                         )
                                           )
27 _____ )

28
                                     1
   DECLARATION OF DAVID R. SINGER IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO
                   RESPOND TO PLAINTIFFS' INITIAL COMPLAINT
                      CASE NO.  2:22-CV-09438-AB (MAA).

**<u>DECLARATION OF DAVID R. SINGER</u>**

I, David R. Singer, hereby declare as follows:

1.     I am an attorney duly admitted to practice before this Court. I am a partner with Jenner & Block LLP, attorneys of record for Defendant Apple Inc. ("Apple"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except when stated upon information and belief. This Declaration is submitted in support of the Joint Stipulation to Extend Time to Respond to Initial Complaint.

2.     On or about December 29, 2022, Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter ("Plaintiffs") filed a Complaint in the above-captioned matter against Apple.

3.     On or about January 19, 2023, Apple was served with copies of the Summons and Complaint.

4.     On February 6, 2023, Plaintiffs and Apple filed a joint stipulation under Local Rule 8-3 to extend Apple's time to respond to the Complaint by 30 days. *See* ECF No. 12.

5.     Given the numerous parties, the class action nature of this matter, and so that the timing of Defendants' responses to the Complaint can be synchronized and more efficient for the parties and the Court, additional time is needed before Apple responds to the Complaint.

6.     On February 10, 2023, my co-counsel corresponded with Michael E. Reznick, counsel for Plaintiffs, and we agreed to extend Apple's response deadline to April 11, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

DECLARATION OF DAVID R. SINGER IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO PLAINTIFFS' INITIAL COMPLAINT
CASE NO.  2:22-CV-09438-AB (MAA).

1   Executed on February 13, 2023 at Los Angeles, California.

2

3   _____

4   David R. Singer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2