UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; META PLATFORMS, INC., a corporation doing business as "META" and "FACEBOOK, INC."; INSTAGRAM, INC., a Delaware corporation; AMAZON INC., a Delaware corporation; YOUTUBE INC., a Delaware corporation; APPLE, INC., a Delaware corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as, "THE DEMOCRATIC NATIONAL COMMITTEE" OR "DNC,"<br><br>　　　　Defendants. | CASE NO. 2:22-cv-09438-AB (MAA)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[*Filed concurrently with Joint Stipulation and Declaration of Tanya L. Greene*]<br><br>Complaint Served: January 20, 2023<br>Current Response Date: February 10, 2023<br>New Response Date: April 11, 2023 |

1

**[PROPOSED] ORDER**

Having reviewed and considered Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter and Defendant Twitter, Inc.'s ("Twitter") Joint Stipulation to Extend Time to Respond to Initial Complaint, and good cause appearing for the same, IT IS HEREBY ORDERED that:

1. Twitter's deadline to respond to the Complaint shall be extended up to and including April 11, 2023.

**IT IS SO ORDERED.**

DATE: February 14, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
DISTRICT COURT JUDGE