**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD JACKSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al. <br><br> Defendants. | Case No. 2:22-cv-09438-AB (MAA) <br><br> **ORDER GRANTING JOINT STIPULATION TO RESPOND TO INITIAL COMPLAINT** <br><br> Complaint Filed: December 29, 2022 <br><br> Trial Date: Not Set |

Having reviewed the stipulation submitted by Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter ("Plaintiffs") and Defendant Apple Inc., and finding good cause for the requested extension, the Court GRANTS the stipulation. Apple Inc.'s deadline to respond to Plaintiffs' Complaint is extended up to and including April 11, 2023.

Dated: February 17, 2023         By: _____

The Honorable André Birotte Jr.
United States District Judge