Tanya L. Greene (SBN 267975)
McGUIREWOODS LLP
355 South Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Tel.: (213) 457-9879
E-Mail: tgreene@mcguirewoods.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICHARD JACKSON, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-09438-AB-MAA |
| v. | |
| TWITTER, INC., et al., | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ellis, Jonathan Y.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(919) 755-6688                    (919) 755-6588
*Telephone Number*          *Fax Number*

jellis@mcguirewoods.com
*E-Mail Address*

of  McGUIREWOODS LLP
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Twitter, Inc.

*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Greene, Tanya L
*Designee's Name (Last Name, First Name & Middle Initial)*

267975              (213) 457-9879        (213) 457 9899
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

tgreene@mcguirewoods.com
*E-Mail Address*

of  McGUIREWOODS LLP
355 South Grand Avenue
Suite 4200
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated: February 21, 2023**

_____
**U.S. District JudgE**