GLENN ROTHNER (CSB No. 67353)
E-mail: grothner@rsglabor.com
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

Attorney for Defendants
American Federation of Teachers and
National Education Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al.,<br><br>   Plaintiff,<br><br>   v.<br><br>TWITTER, INC., et al.,<br><br>   Defendants. | CASE NO. 2:22-cv-09438 AB (MAA)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: March 1, 2023<br><br>Current Response Date: March 22, 2023<br><br>New Response Date: April 21, 2023 |

Plaintiffs Richard Jackson, et al. ("Plaintiffs") and Defendants American Federation of Teachers and National Education Association ("AFT and NEA") (together, the "Parties") hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, Plaintiffs filed their initial complaint on December 29, 2022;

WHEREAS, Plaintiffs served the summons and complaint on AFT and NEA on March 1, 2023;

/ / /

1

1     WHEREAS, AFT and NEA's current response to the complaint is due on or
2 before March 22, 2023;
3     WHEREAS, the Parties have conferred and agree that, to afford AFT and
4 NEA time to respond to the complaint, AFT and NEA should be permitted thirty
5 (30) additional days before being required to file a response.

6

7                               **STIPULATION**

8     The Parties, by and through their counsel, hereby stipulate to extend AFT
9 and NEA's last day to respond to Plaintiffs' complaint to and including Apil 21,
10 2023.

11

12 DATED: March 13, 2023        GLENN ROTHNER
                                              ROTHNER, SEGALL & GREENSTONE
13
14                                             /s/ Glenn Rothner
                                          GLENN ROTHNER
15                                          Attorney for Defendants
                                         American Federation of Teachers and
16                                          National Education Association

17

18 DATED: March 13, 2023        LAW OFFICES OF MICHAEL E. REZNICK

19                                      By   /s/ Michael E. Reznick
                                         Michael E. Reznick (Bar No. 116126)
20                                          LAW OFFICES OF MICHAEL E. REZNICK
                                         283 Ocho Rios Way
21                                          Oak Park, California 92101
                                         Telephone: (818) 437-5630
22                                          reznagoura@aol.corn
                                         Attorney for Plaintiffs Richard Jackson et al.
23

24     Pursuant to Local Rule 5-4.3.4(a)(2)N, the filer attests that all signatories listed
   and on whose behalf the filing is submitted, concur in the filing's content and have
25 authorized the filing.

26 Dated: March 13, 2023          /s/ Glenn Rothner
                                              GLENN ROTHNER
27

28