NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

GLENN ROTHNER (CSB No. 67353)
E-mail:  grothner@rsglabor.com
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA  91101
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

ATTORNEY(S) FOR: Amer. Fed. of Teachers & Nat'l Educ. Ass'n

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>TWITTER, INC., et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-09438 AB (MAA)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   American Federation of Teachers and National Education Association
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Richard Jackson, Julie Briggs, Gregg Buchwalter | Plaintiffs |
| Alphabet, Inc. | Defendant |
| Amazon, Inc. | Defendant |
| American Federation of Teachers | Defendant |
| Apple, Inc. | Defendant |
| DNC Services Corporation | Defendant |
| Google, LLC | Defendant |
| Instagram, Inc. | Defendant |
| Meta Platforms, Inc. | Defendant |
| National Education Association | Defendant |
| National School Board Association | Defendant |
| Twitter, Inc. | Defendant |
| Youtube, Inc. | Defendant |

| | |
|---|---|
| March 13, 2023<br>Date | /s/ Glenn Rothner<br>Signature |

Attorney of record for (or name of party appearing in pro per):

American Federation of Teachers and National Education Ass'n