Scott R. Commerson (SBN 227460)
Davis Wright Tremaine LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al., <br><br> Plaintiff(s) <br> v. <br><br> TWITTER, INC., et al., <br><br> Defendant(s). | **CASE NUMBER** <br> 2:22-cv-09438-AB-MAA <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kumar, Ambika                                                                      of    Davis Wright Tremaine LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*                             920 Fifth Avenue, Suite 3300
206.757.8030           206.757.7030                                                     Seattle, WA 98104-1610
*Telephone Number*      *Fax Number*
ambikakumar@dwt.com
*E-Mail Address*                                                                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Amazon.com, Inc. (erroneously named as Amazon, Inc.)

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**
Commerson, Scott R.                                                                of   Davis Wright Tremaine LLP
*Designee's Name (Last Name, First Name & Middle Initial)*                              865 South Figueroa Street, 24th Floor
227460            213.633.6800        213.633.6899                                      Los Angeles, CA 90017
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
scottcommerson@dwt.com
*E-Mail Address*                                                                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

**Dated** _____

                                                                          **U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1