| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | PAVEN MALHOTRA - # 258429<br>pmalhotra@keker.com |
| 3 | MATAN SHACHAM - # 262348<br>mshacham@keker.com |
| 4 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 5 | Telephone: 415 391 5400<br>Facsimile:  415 397 7188 |
| 6 | Attorneys for Defendants,<br>META PLATFORMS, INC. and INSTAGRAM, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RICHARD JACKSON, et al., | Case No. 2:22-CV-09438-AB (MAA) |
|---|---|
| Plaintiffs, | **DEFENDANTS META PLATFORMS, INC. AND INSTAGRAM, LLC's NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE** |
| v. | |
| TWITTER, INC., et al. | |
| Defendants. | Judge: Hon. André Birotte, Jr. |
| | Complaint Filed: December 29, 2022 |

DEFENDANTS META PLATFORMS, INC. AND INSTAGRAM, LLC'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE
Case No. 2:22-CV-09438-AB (MAA)

2105071.v1

## NOTICE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendants META PLATFORMS, INC. and INSTAGRAM, LLC, certify that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Meta Platforms, Inc.

2. Defendant Instagram, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Instagram, LLC states that its parent company is Meta Platforms, Inc. Defendant Meta Platforms, Inc. has no parent company. No other company owns 10% or more of the stock of Meta Platforms, Inc.

Dated: March 20, 2023

KEKER, VAN NEST & PETERS LLP

By  */s/ Paven Malhotra*
PAVEN MALHOTRA
MATAN SHACHAM

Attorneys for Defendants,
META PLATFORMS, INC. AND INSTAGRAM, LLC

2

DEFENDANTS META PLATFORMS, INC. AND INSTAGRAM, LLC NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE
Case No. 2:22-CV-09438-AB (MAA)

2105071.v1