1  KEKER, VAN NEST & PETERS LLP
   PAVEN MALHOTRA - # 258429
2  pmalhotra@keker.com
   MATAN SHACHAM - # 262348
3  mshacham@keker.com
   JANAY M. WILLIAMS - #345219
4  jwilliams@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
6  Facsimile:   415 397 7188
   Attorneys for Defendants
7  META PLATFORMS, INC. and INSTAGRAM, LLC

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11  RICHARD JACKSON, et al.,          Case No. 2:22-CV-09438-AB (MAA)

12            Plaintiffs,             **JOINT STIPULATION TO
                                      EXTEND TIME TO RESPOND TO
13       v.                           INITIAL COMPLAINT**

14  TWITTER, INC., et al.             **[Filed Concurrently with the
                                      Declaration of Paven Malhotra and
15            Defendants.             [Proposed] Order]**

16                                    Judge:  Hon. Andre Birotte, Jr.

17                                    Complaint Filed:  December 29, 2022

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 2:22-CV-09438-AB (MAA)

2105018

## **JOINT STIPULATION**

Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter (collectively "Plaintiffs") and Defendants Meta Platforms, Inc., Instagram, LLC[1] (collectively "Meta") Google LLC, Alphabet, Inc., YouTube LLC (collectively, "Google"),[2] Twitter, Inc., Amazon.com, Inc.,[3] and the DNC Services Corporation (the "Moving Defendants") (together with Plaintiffs, the "Parties") through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed their initial Complaint on December 29, 2022;

WHEREAS, Plaintiffs served the summons and Complaint on Meta on February 28, 2023; on Twitter, Inc., on January 20, 2023; on Google on February 28, 2023; on Amazon.com, Inc., on February 28, 2023, and on the DNC Service Corporation on March 1, 2023;

WHEREAS, Meta's current response to the Complaint is due on or before, March 21, 2023; Twitter, Inc.'s response deadline is April 11, 2023; Google's response deadline is March 21, 2023; Amazon.com, Inc.'s response deadline is March 21, 2023; and the DNC Service Corporation's response deadline is March 22, 2023;

WHEREAS, the Parties have conferred and agree that, to afford the Moving Defendants adequate time to respond to the Complaint, their deadline to respond to the Complaint should be extended up to and including April 21, 2023;

WHEREAS, Plaintiffs recently stipulated to provide Defendants American Federation of Teachers and the National Education Association until April 21, 2023 to file their responsive pleading;

NOW THEREFORE, it is hereby stipulated and agreed that:

The Moving Defendants' deadline to respond to the Complaint shall extend

---

[1] Instagram LLC is incorrectly identified in the Complaint as Instagram, Inc.
[2] YouTube LLC is incorrectly identified in the Complaint as Youtube, Inc.
[3] Amazon.com, Inc. is incorrectly identified in the Complaint as Amazon, Inc.

1   up to and including April 21, 2023.

2       **IT IS SO STIPULATED.**

3

4       Respectfully submitted,

5

6   Dated:  March 21, 2023                    KEKER, VAN NEST & PETERS
                                              LLP
7

8                                   By   */s/Paven Malhotra*

9                                        PAVEN MALHOTRA
                                         MATAN SHACHAM
10                                       JANAY M. WILLIAMS

11                                       Attorneys for Defendants,
                                         GOOGLE LLC, ALPHABET, INC.,
12                                       AND YOUTUBE LLC

13

14  Dated:  March 21, 2023                    MCGUIREWOODS LLP

15

16                                  By   */s/ Tanya Greene*

17                                       TANYA L. GREENE
                                         JONATHAN Y. ELLIS
18                                       Attorneys for Defendant TWITTER,
                                         INC.
19

20

21  Dated:  March 21, 2023                    WILSON SONSINI GOODRICH &
                                              ROSATI, P.C.
22

23                                  By   */s/ Brian Willen*

24                                       BRIAN M. WILLEN (*pro hac vice
                                         forthcoming*)
25                                       AMIT Q. GRESSEL
                                         ARIEL C. GREEN ANABA
26

27                                       Attorneys for Defendants,
                                         GOOGLE LLC, ALPHABET, INC.,
28                                       AND YOUTUBE LLC

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 2:22-CV-09438-AB (MAA)

2105018

1   Dated:  March 21, 2023

2                                                    DAVIS WRIGHT TREMAINE LLP

3                                                    */s/ Scott Commerson*

4                                                    SCOTT R. COMMERSON

5                                                    Attorneys for Defendant
                                                     AMAZON.COM, INC.

6

7

8   Dated:  March 21, 2022                           KAUFMAN LEGAL GROUP, APC

9

10                                            By
                                                     STEPHEN J. KAUFMAN

11                                                   GARY WINUK

12                                                   Attorneys for Defendant,
                                                     DNC SERVICE CORPORATION

13

14  Dated:  March 21, 2022                           LAW OFFICES OF MICHAEL E.
                                                     REZNICK

15

16                                            By     */s/ Michael E. Reznick*

17                                                   MICHAEL E. REZNICK

18                                                   Attorneys for Plaintiffs RICHARD
                                                     JACKSON, JULIE BRIGGS, and

19                                                   GREGG BUCHWALTER

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the file attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Paven Malhotra*
PAVEN MALHOTRA

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 2:22-CV-09438-AB (MAA)

2105018