```
 1  KEKER, VAN NEST & PETERS LLP
    PAVEN MALHOTRA - # 258429
 2   pmalhotra@keker.com
    MATAN SHACHAM - # 262348
 3   mshacham@keker.com
    JANAY M. WILLIAMS - #345219
 4   jwilliams@keker.com
    633 Battery Street
 5  San Francisco, CA 94111-1809
    Telephone:  415 391 5400
 6  Facsimile:   415 397 7188
    Attorneys for Defendants
 7  META PLATFORMS, INC. and INSTAGRAM, LLC
 8
 9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| RICHARD JACKSON, et al., | Case No. 2:22-CV-09438-AB (MAA) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| TWITTER, INC., et al. | Judge: Hon. Andre Birotte, Jr. |
| Defendants. | Complaint Filed: December 29, 2022 |

**[PROPOSED] ORDER**

Having reviewed the Joint Stipulation to Extend Time to Respond to Initial Complaint (the "Stipulation") submitted by Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter ("Plaintiffs") and Defendants Meta Platforms, Inc., Instagram, LLC, Twitter, Inc., Google LLC, Alphabet, Inc., YouTube LLC, Amazon.com, Inc., and the DNC Services Corporation (the "Moving Defendants") and finding good cause for the same, IT IS HEREBY ORDERED THAT:

1. The Stipulation is **GRANTED.** Moving Defendants' deadline to respond to Plaintiffs' Complaint is extended up to and including April 21, 2023.

**IT IS SO ORDERED.**

Dated: _____

HON. ANDRÉ BIROTTE JR.
DISTRICT COURT JUDGE