# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICHARD JACKSON, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-09438-AB-MAA |
| v. | |
| TWITTER, INC., et al., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kumar, Ambika
*Applicant's Name (Last Name, First Name & Middle Initial*
206.757.8030    206.757.7030
*Telephone Number*    *Fax Number*
ambikakumar@dwt.com
*E-Mail Address*

of

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Amazon.com, Inc. (erroneously named as Amazon, Inc.)

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Commerson, Scott R.
*Designee's Name (Last Name, First Name & Middle Initial*
227460    213.633.6800    213.633.6899
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
scottcommerson@dwt.com
*E-Mail Address*

of

Davis Wright Tremaine LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☒ not be refunded.

**Dated: March 22, 2023**

*U.S. District Judge/U.S. Magistrate Judge*