1 Ian A. Stewart, Esq. (SBN 250689)
  Adam E. Wayne, Esq. (SBN 332534)
2 **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
3 555 South Flower Street, Suite 2900
  Los Angeles, California 90071-2407
4 Telephone:(213) 443-5100
  Facsimile: (213) 443-5101
5 Ian.Stewart@wilsonelser.com
  Adam.Wayne@wilsonelser.com

Attorneys for Defendant,
National School Boards Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RICHARD JACKSON, et al., | Case No.: 2:22-cv-09438 AB (MAA) |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| TWITTER, INC., et al., | Complaint Served:      March 6, 2023 |
| Defendants. | Current Response Date: March 27, 2023 |
| | New Response Date:    April 26, 2023 |

Plaintiffs Richard Jackson, et al. ("Plaintiffs") and Defendant National School Boards Association ("NSBA")(collectively, the "Parties") hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, Plaintiffs filed their initial complaint on December 29, 2022;

WHEREAS, Plaintiffs served the summons and complaint on NSBA on March 6, 2023;

WHEREAS, NSBA's current response to the complaint is due on or before March 27, 2023;

///

///

1277958609v.1

1  WHEREAS, the Parties have conferred and agree that, to afford NSBA time
2  to respond to the complaint, NSBA should be permitted thirty (30) additional days
3  before being required to file a response.

## STIPULATION

The Parties, by and through their counsel, hereby stipulate to extend NSBA's last day to respond to Plaintiffs' complaint to and including April 26, 2023.

Dated: March 24, 2023

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: /s/ Ian A. Stewart
Ian A. Stewart, Esq.
Attorneys for Defendants,
National School Boards Association

Dated: March 24, 2023

LAW OFFICES OF MICHAEL E. REZNICK

By: _____
Michael E. Reznick, Esq.
Attorney for Plaintiff,
Richard Jackson, et al.

Pursuant to Local Rule 5-4.3.4(a)(2)N, the filer attests that all signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 24, 2023

/s/ Ian A. Stewart
IAN A. STEWART

2277958609v.1