1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al., | Case No. 2:22-CV-09438-AB (MAA) |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| TWITTER, INC., et al. | Judge: Hon. Andre Birotte, Jr. |
| Defendants. | Complaint Filed: December 29, 2022 |

**ORDER**

Having reviewed the Joint Stipulation to Extend Time to Respond to Initial Complaint (the "Stipulation") submitted by Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter ("Plaintiffs") and Defendants Meta Platforms, Inc., Instagram, LLC, Twitter, Inc., Google LLC, Alphabet, Inc., YouTube LLC, Amazon.com, Inc., and the DNC Services Corporation (the "Moving Defendants") and finding good cause for the same, IT IS HEREBY ORDERED THAT:

1. The Stipulation is **GRANTED.** Moving Defendants' deadline to respond to Plaintiffs' Complaint is extended up to and including April 21, 2023.

**IT IS SO ORDERED.**

Dated: March 24, 2023

HON. ANDRÉ BIROTTE JR.
DISTRICT COURT JUDGE