MCGUIREWOODS LLP
Tanya L. Greene (SBN 267975)
Wells Fargo Center, South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9879
Facsimile:  (213) 457-9899
E-Mail: tgreene@mcguirewoods.com

Attorneys for Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; META PLATFORMS, INC., a corporation doing business as "META" and "FACEBOOK, INC."; INSTAGRAM, INC., a Delaware corporation; AMAZON INC., a Delaware corporation; YOUTUBE INC., a Delaware corporation; APPLE, INC., a Delaware corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as, "THE DEMOCRATIC NATIONAL COMMITTEE" OR "DNC,"<br><br>Defendants. | CASE NO. 2:22-cv-09438-AB (MAA)<br><br>**DEFENDANT TWITTER, INC.'S AMENDED NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE**<br><br>Complaint Filed:  December 29, 2022 |

**AMENDED NOTICE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned counsel for Defendant X Corp., as successor in interest to named Defendant Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

DATED: March 31, 2023                    MCGUIREWOODS LLP

By: */s/ Tanya L. Greene*
Tanya L. Greene

Attorneys for Defendant Twitter, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Tanya L. Greene
Tanya L. Greene