1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   RICHARD JACKSON, et al.,            )   Case No. 2:22-cv-09438-AB (MAA)
                                          )
12              Plaintiffs,               )   The Honorable André Birotte
                                          )
13       v.                               )   **[PROPOSED] ORDER GRANTING**
                                          )   **DEFENDANT APPLE INC.'S**
14   TWITTER, INC., et al.                )   **MOTION TO DISMISS**
                                          )   **COMPLAINT**
15              Defendants.               )
                                          )
16                                        )
                                          )
17   _____ )
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS**

Before the Court is Apple Inc.'s Motion to Dismiss Plaintiffs' Complaint. Having considered the briefs, evidence, and arguments of counsel, and good cause appearing therefore, the Court GRANTS Defendant Apple Inc.'s Motion to Dismiss the Complaint and DISMISSES this action with prejudice.

IT IS SO ORDERED.

DATED: _____, 2023          By:_____
                                                             The Honorable André Birotte Jr.
                                                             United States District Judge