1  KEKER, VAN NEST & PETERS LLP
   PAVEN MALHOTRA - # 258429
2  pmalhotra@keker.com
   MATAN SHACHAM - # 262348
3  mshacham@keker.com
   JANAY M. WILLIAMS - #345219
4  jwilliams@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
6  Facsimile:   415 397 7188
   Attorneys for Defendants
7  META PLATFORMS, INC. and INSTAGRAM, LLC

8

9             UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 | RICHARD JACKSON, et al.,            | Case No. 2:22-CV-09438-AB (MAA)
12 |       Plaintiffs,                   | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
13 |   v.                                |
14 | TWITTER, INC., et al.               | **[Filed Concurrently with the Declaration of Paven Malhotra and [Proposed] Order]**
15 |       Defendants.                   |
16 |                                     | Judge: Hon. Andre Birotte, Jr.
17 |                                     | Complaint Filed:  December 29, 2022

**JOINT STIPULATION**

Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter (collectively "Plaintiffs") and Defendants Meta Platforms, Inc., Instagram, LLC[1] (collectively "Meta") Google LLC, Alphabet, Inc., YouTube LLC (collectively, "Google"),[2] Twitter, Inc. ("Twitter"), Amazon.com, Inc. ("Amazon"),[3] and the DNC Services Corporation (the "DNC") (collectively, the "Moving Defendants") (together with Plaintiffs, the "Parties") through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed their initial Complaint on December 29, 2022;

WHEREAS, Plaintiffs served the summons and Complaint on Meta on February 28, 2023; on Twitter, on January 20, 2023; on Google on February 28, 2023; on Amazon, on February 28, 2023; and on the DNC on March 1, 2023;

WHEREAS, this Court previously granted a joint stipulation providing Meta, Twitter, Google, Amazon, and the DNC until April 21, 2023 to file their responsive pleading [Dkt. 31];

WHEREAS, the National School Board Association ("NSBA") is also a named defendant in Plaintiffs' Complaint, and the NSBA's deadline for its responsive pleading is April 26, 2023 [Dkt. 30];

WHEREAS, Plaintiffs and the Moving Defendants have conferred and agree that to promote efficiency and for the convenience of all, the Parties would best be served by aligning the responsive pleading deadline of Meta, Twitter, Google, Amazon and the DNC with the responsive pleading deadline of the NSBA (April 26, 2023);

//

//

---

[1] Instagram LLC is incorrectly identified in the Complaint as Instagram, Inc.
[2] YouTube LLC is incorrectly identified in the Complaint as Youtube, Inc.
[3] Amazon.com, Inc. is incorrectly identified in the Complaint as Amazon, Inc.

1  NOW THEREFORE, it is hereby stipulated and agreed that:

2  The Moving Defendants' deadline to respond to the Complaint shall extend
3  up to and including April 26, 2023.

4  **IT IS SO STIPULATED.**

6  Respectfully submitted,

9  Dated: April 12, 2023    KEKER, VAN NEST & PETERS LLP

11  By  */s/Paven Malhotra*
12  PAVEN MALHOTRA
    MATAN SHACHAM
13  JANAY M. WILLIAMS

14  Attorneys for Defendants,
    GOOGLE LLC, ALPHABET, INC.,
15  AND YOUTUBE LLC

17  Dated: April 12, 2023    MCGUIREWOODS LLP

19  By  */s/ Tanya Greene*
    TANYA L. GREENE
20  JONATHAN Y. ELLIS

21  Attorneys for Defendant TWITTER, INC.

23  //
24  //
25  //
26  //
27  //
28  //

| | | |
|---|---|---|
| Dated: April 12, 2023 | | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| | By | /s/ Brian Willen |
| | | BRIAN M. WILLEN (*pro hac vice forthcoming*) |
| | | AMIT Q. GRESSEL |
| | | ARIEL C. GREEN ANABA |
| | | Attorneys for Defendants, GOOGLE LLC, ALPHABET, INC., AND YOUTUBE LLC |
| Dated: April 12, 2023 | | DAVIS WRIGHT TREMAINE LLP |
| | By | /s/ Scott Commerson |
| | | SCOTT R. COMMERSON |
| | | Attorneys for Defendant AMAZON.COM, INC. |
| Dated: April 12, 2023 | | KAUFMAN LEGAL GROUP, APC |
| | By | /s/ Stephen J. Kaufman |
| | | STEPHEN J. KAUFMAN |
| | | GARY WINUK |
| | | Attorneys for Defendant, DNC SERVICE CORPORATION |
| Dated: April 12, 2023 | | LAW OFFICES OF MICHAEL E. REZNICK |
| | By | /s/ Michael E. Reznick |
| | | MICHAEL E. REZNICK |
| | | Attorneys for Plaintiffs RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER |

# **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the file attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

_____
/s/ *Paven Malhotra*
PAVEN MALHOTRA