KEKER, VAN NEST & PETERS LLP
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JANAY M. WILLIAMS - #345219
jwilliams@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
META PLATFORMS, INC. and INSTAGRAM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TWITTER, INC., et al.<br><br>  Defendants. | Case No. 2:22-CV-09438-AB (MAA)<br><br>**DECLARATION OF PAVEN MALHOTRA IN SUPPORT OF THE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Judge: Hon. Andre Birotte, Jr.<br><br>Complaint Filed: December 29, 2022 |

DECLARATION OF PAVEN MALHOTRA IN SUPPORT OF THE JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
Case No. 2:22-CV-09438-AB (MAA)

2105318

# DECLARATION OF PAVEN MALHOTRA

I, Paven Malhotra, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner Keker, Van Nest & Peters LLP, located at 633 Battery Street, San Francisco, California, 94111, counsel for Defendants Meta Platforms. Inc. and Instagram, LLC. in the above-captioned action.

2. This Court previously granted a joint stipulation [Dkt. 31] providing Defendants Meta Platforms, Inc., Instagram, LLC[1] (collectively "Meta") Google LLC, Alphabet, Inc., YouTube LLC (collectively, "Google"),[2] Twitter, Inc., Amazon.com, Inc.,[3] and the DNC Services Corporation (the "Moving Defendants") until April 21, 2023 to file their responsive pleading to Plaintiffs' complaint.

3. The National School Board Association (NSBA) is also a named defendant in Plaintiffs' complaint and its responsive pleading deadline is currently April 26, 2023.

4. On April 6, 2023, I corresponded with Michael E. Reznick, counsel for Plaintiffs, and we agreed to extend the response deadline of Defendants Meta, Google, Twitter, Inc., Amazon.com, Inc., and the DNC Services to align with the responsive pleading deadline of the NSBA (April 26, 2023) to promote efficiency and for the convenience of the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, California, on April 12, 2023.

/s/ Paven Malhotra
PAVEN MALHOTRA

---

[1] Instagram LLC is incorrectly identified in the Complaint as Instagram, Inc.
[2] YouTube LLC is incorrectly identified in the Complaint as Youtube, Inc.
[3] Amazon.com, Inc. is incorrectly identified in the Complaint as Amazon, Inc.