KEKER, VAN NEST & PETERS LLP
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JANAY M. WILLIAMS - #345219
jwilliams@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
META PLATFORMS, INC. and INSTAGRAM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al. <br><br> Defendants. | Case No. 2:22-CV-09438-AB (MAA) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESPOND TO INITIAL COMPLAINT** <br><br> Judge: Hon. Andre Birotte, Jr. <br><br> Complaint Filed: December 29, 2022 |

**[PROPOSED] ORDER**

Having reviewed the Joint Stipulation to Extend Time to Respond to Initial Complaint (the "Stipulation") submitted by Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter ("Plaintiffs") and Defendants Meta Platforms, Inc., Instagram, LLC, Twitter, Inc., Google LLC, Alphabet, Inc., YouTube LLC, Amazon.com, Inc., and the DNC Services Corporation (the "Moving Defendants") and finding good cause for the same, IT IS HEREBY ORDERED THAT:

1. The Stipulation is **GRANTED.** Moving Defendants' deadline to respond to Plaintiffs' Complaint is extended up to and including April 26, 2023.

**IT IS SO ORDERED.**

Dated:

HON. ANDRÉ BIROTTE JR.
DISTRICT COURT JUDGE