1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>TWITTER, INC., et al.<br><br>     Defendants. | Case No. 2:22-CV-09438-AB (MAA)<br><br>**ORDER GRANTING JOINT STIPULATION TO RESPOND TO INITIAL COMPLAINT**<br><br>Judge:  Hon. André Birotte, Jr |

# ORDER

Having reviewed the Joint Stipulation to Extend Time to Respond to Initial Complaint (the "Stipulation") submitted by Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter ("Plaintiffs") and Defendants Meta Platforms, Inc., Instagram, LLC, Twitter, Inc., Google LLC, Alphabet, Inc., YouTube LLC, Amazon.com, Inc., and the DNC Services Corporation (the "Moving Defendants") and finding good cause for the same, IT IS HEREBY ORDERED THAT:

    1.    The Stipulation is **GRANTED.**  Moving Defendants' deadline to respond to Plaintiffs' Complaint is extended up to and including April 26, 2023.

**IT IS SO ORDERED.**

Dated: April 18, 2023

    HON. ANDRÉ BIROTTE JR.
    DISTRICT COURT JUDGE