Name and address:
William R. Weaver
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900, Washington, DC 20001-4412

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Jackson, Julie Briggs and Gregg Buchwalter, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>Twitter, Inc., Google LLC, Alphabet, Inc., Meta Platforms, Inc., et al.<br><br>Defendant(s), | CASE NUMBER<br><br>22-cv-09438 AB (MAA)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.  **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.**  *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Weaver, William R.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Jenner & Block LLP
*Firm/Agency Name*

1099 New York Avenue, NW                           202 639 6870
Suite 900                                          *Telephone Number*        *Fax Number*
*Street Address*

Washington, D.C. 20001                             wweaver@jenner.com
*City, State, Zip Code*                            *E-mail Address*

**I have been retained to represent the following parties:**

| | |
|---|---|
| Apple, Inc. | ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: |
|  | ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ Other: |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Alabama | 9/26/2014 | Yes |
| District of Columbia | 7/8/2016 | Yes |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 4/18/2023

William R. Weaver
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Singer, David R.
*Designee's Name (Last Name, First Name & Middle Initial)*

Jenner & Block LLP
*Firm/Agency Name*

515 S. Flower Street
Suite 3300
*Street Address*

Los Angeles, CA 90071-2246
*City, State, Zip Code*

213-239-5100
*Telephone Number*

213-239-5199
*Fax Number*

dsinger@jenner.com
*Email Address*

2044699
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  April 18, 2023

David R. Singer
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



STATE OF ALABAMA

COUNTY OF MONTGOMERY

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify that William Robert Weaver has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that William Robert Weaver was admitted to the Alabama State Bar September 26, 2014.

I further certify that the said William Robert Weaver is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2023.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 19th day of April, 2023.

_Terri B. Lovell, Secretary_



P: 334-269-1515    F: 334-261-6310    ALABAR.ORG



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## *William R Weaver*

*was duly qualified and admitted on July 8, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 13, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**