Name and address:
David R. Singer
Jenner & Block LLP
515 S. Flower St., Suite 3330
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Jackson, Julie Briggs and Gregg Buchwalter, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br>Twitter, Inc., Google LLC, Alphabet, Inc., Meta Platforms, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br>22-cv-09438-AB (MAA)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Weaver, William R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC  20001
*Firm/Agency Name & Address*

202-639-6870     202-639-6066
*Telephone Number*     *Fax Number*

WWeaver@jenner.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Apple Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

David R. Singer
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Jenner & Block LLP
515 S. Flower St., Suite 3330
Los Angeles, CA 90071
*Firm/Agency Name & Address*

204699     213-239-5100     213-239-5199
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

dsinger@jenner.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge