Michael E. Reznick, Esq.  State Bar No. 116126
LAW OFFICES OF MICHAEL E. REZNICK
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377-5540
Tel:  (818) 437-5630
Email:  reznagoura@aol.com

Attorney for Plaintiffs RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually And On Behalf Of All Others Similarly Situated

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; FACEBOOK, INC., a Delaware corporation; INSTAGRAM, INC., a Delaware corporation; AMAZON INC. a Delaware corporation; YOU TUBE, INC., a Delaware corporation; APPLE, INC., a Delaware corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as "THE DEMOCRATIC NATIONAL COMMITTEE," <br><br> Defendants. | **CASE NO.: 2:22-cv-09438** <br><br> **NOTICE TO THE COURT OF POSSIBLE RELATED CASE** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1

1      The undersigned counsel hereby notifies the Court and counsel that the above-captioned case is possibly related to *State of Missouri, et al. v. Joseph R. Biden Jr., et al.*, Case No. 3:22-cv-01213, Terry A. Dougherty, Judge Presiding, because both cases involve the same acts or transactions connected with or constituting a part of a common conspiracy, scheme or plan, involve the same parties, arise out of the same operative set of facts, behavioral episodes or course of conduct, arise out of the same investigation into the same set of facts and have temporal proximity to each other.

DATED: April 21, 2023

/s/ Michael E. Reznick
 Michael E. Reznick
Attorney for Plaintiffs RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER,
individually And On Behalf Of All Others Similarly Situated

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I electronically filed the foregoing document entitled:

**NOTICE TO THE COURT OF POSSIBLE RELATED CASE**

with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system.

I certify that all parties of record to this appeal either are registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on April 21, 2023 at Oak Park, California.


/s/ Michael E. Reznick