# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Jackson, Julie Briggs and Gregg Buchwalter, individually and on behalf of all others similarly situated | CASE NUMBER |
| Plaintiff(s) | 22-cv-09438-AB (MAA) |
| v. | |
| Twitter, Inc., Google LLC, Alphabet, Inc., Meta Platforms, Inc., et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

Weaver, William R.    of

_Applicant's Name (Last Name, First Name & Middle Initial_

202-639-6870      202-639-6066

_Telephone Number_      _Fax Number_

WWeaver@jenner.com

_E-Mail Address_

Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001

_Firm/Agency Name & Address_

**for permission to appear and participate in this case on behalf of**

Apple Inc.

_Name(s) of Party(ies) Represent_    ☐ _Plaintiff(s)_ ☒ _Defendant(s)_ ☐ _Other:_ _____

**and designating as Local Counsel**

David R. Singer    of

_Designee's Name (Last Name, First Name & Middle Initial_

204699    213-239-5100    212-239-5199

_Designee's Cal. Bar No._    _Telephone Number_    _Fax Number_

dsinger@jenner.com

_E-Mail Address_

Jenner & Block LLP
515 S. Flower St., Suite 3330
Los Angeles, CA 90071

_Firm/Agency Name & Address_

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

     ☐ for failure to pay the required fee.

     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

     ☐ for failure to complete Application: _____

     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☒ not be refunded.

**Dated: April 20, 2023**

**U.S. District Judge/U.S. Magistrate Judge**