1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  RICHARD JACKSON, et al.,              CASE NO. 2:22-cv-09438 AB (MAA)
12                 Plaintiffs,            **[PROPOSED] ORDER GRANTING DEFENDANTS AMERICAN FEDERATION OF TEACHERS AND NATIONAL EDUCATION ASSOCIATION'S MOTION TO DISMISS**
13        v.
14  TWITTER, INC., et al.,
15                 Defendants.
                                         Date:      June 9, 2023
16                                       Time:      10:00 a.m.
                                         Courtroom: 7B
17                                       Judge:     Hon. André Birotte Jr.
18
19        Before the Court is Defendants American Federation of Teachers and
20  National Education Association's Motion to Dismiss Plaintiffs' Complaint.
21  Having considered the briefs, evidence, and arguments of counsel, and good cause
22  appearing therefore, the Court GRANTS Defendants American Federation of
23  Teachers and National Education Association's Motion to Dismiss the Complaint
24  without leave to amend and DISMISSES this action with prejudice as to these
25  Defendants.
26        IT IS SO ORDERED.
27
28  DATED: _____        _____
                                   HONORABLE ANDRÉ BIROTTE JR.
                                   UNITED STATES DISTRICT JUDGE

1