**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
DSinger@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:    +1 213 239 5100
Facsimile:    +1 213 239 5199

Gregory D. Washington (Cal. Bar No. 318796)
GWashington@jenner.com
455 Market Street, Suite 2100
San Francisco, CA  94105
Telephone:   +1 415 293 5937

Precious S. Jacobs-Perry (admitted *pro hac vice*)
PJacobs-Perry@Jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  +1 312 840-8615

William R. Weaver (admitted *pro hac vice*)
Wweaver@Jenner.com
1099 New York Avenue NW, #900
Washington, DC 20001
Telephone:  +1 202 639-6870

Attorneys for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Jackson et al.,<br><br>                             Plaintiffs,,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>                            Defendant. | Case No. 2:22-cv-09438-AB (MAA).<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>*Filed concurrently with Declaration of David Singer and [Proposed] Order*<br><br>Complaint Served:  Varies by Defendant<br>Current Hearing Date:  June 23, 2023<br>New Hearing Date:  June 30, 2023<br>Trial Date: Not Set |

     Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter (collectively "Plaintiffs") and Defendants Apple Inc., Meta Platforms, Inc., Instagram, Google LLC, Alphabet, Inc., YouTube LLC, Twitter, Inc., Amazon.com, Inc., American Federation of Teachers, National Education Association, National School Boards Association, and the DNC Services Corporation (the "Moving Defendants") (together with Plaintiffs, the "Parties") through their respective counsel of record, hereby agree and stipulate as follows:

## RECITALS

     WHEREAS, Plaintiffs filed their initial Complaint on December 29, 2022;

     WHEREAS, Apple Inc. has filed a Motion to Dismiss, and the remaining Moving Defendants have a responsive pleading deadline of April 26, 2023;

     WHEREAS, the Court set a Scheduling Conference on June 23, 2023, at 10:00 a.m.;

     WHEREAS, "[a] request to continue the scheduling conference will be granted only for good cause." Order Setting Scheduling Conference at 5, ECF No.

35;

WHEREAS, "[i]f there is a hearing, lead trial counsel must attend." *Id.* at 6.

WHEREAS, all lead counsel are not available on June 23, 2023;

WHEREAS, lead counsel for Apple Inc., David Singer, has an unresolvable conflict on June 23, 2023;

WHEREAS, the Parties have conferred and determined that one or more lead counsel have conflicts on July 7, 14, and 21;

WHEREAS, the Parties hereby stipulate to continue the hearing scheduling conference to June 30, 2023;

WHEREAS, no party will be prejudiced by continuing this hearing;

WHEREAS, the continued hearing will not impact any other deadlines in the case;

## **STIPULATION**

The parties, by and through their counsel, hereby stipulate and request that the Court continue the Scheduling Conference to June 30, 2023.

Dated: April 25, 2023

**JENNER & BLOCK LLP**

By:   */s/ David R. Singer*
DAVID R. SINGER
PRECIOUS S. JACOBS-PERRY
GREGORY D. WASHINGTON

*Attorneys for Defendant Apple Inc.*

Dated: April 25, 2023

**KEKER, VAN NEST & PETERS LLP**

By   */s/ Paven Malhotra*
PAVEN MALHOTRA
MATAN SHACHAM

Attorneys for Defendants Meta Platforms, Inc., Instagram, LLC

Dated: April 25, 2023

**MCGUIREWOODS LLP**

By   */s/ Tanya L. Greene*
TANYA L. GREENE
JONATHAN Y. ELLIS

Attorneys for Defendant TWITTER, INC.

Dated: April 25, 2023

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

By   */s/ Brian M. Willen*

BRIAN M. WILLEN (*pro hac vice forthcoming*)
AMIT Q. GRESSEL
ARIEL C. GREEN ANABA

Attorneys for Defendants,
GOOGLE LLC, ALPHABET, INC.,
AND YOUTUBE LLC

Dated: April 25, 2023

**DAVIS WRIGHT TREMAINE LLP**

By   */s/ Scott R. Commerson*

SCOTT R. COMMERSON

Attorneys for Defendant
AMAZON.COM, INC

Dated: April 25, 2023

**KAUFMAN LEGAL GROUP, APC**

By   */s/ Stephen J. Kaufman*

STEPHEN J. KAUFMAN
GARY WINUK

Attorneys for Defendant,
DNC SERVICE CORPORATION

Dated: April 25, 2023

**ROTHNER, SEGALL & GREENSTONE**

By  */s/ Glenn Rothner*
GLENN ROTHNER

Attorney for Defendants
AMERICAN FEDERATION OF
TEACHERS AND NATIONAL
EDUCATION ASSOCIATION

Dated: April 25, 2023

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By  */s/ Ian A. Stewart*
IAN A. STEWART
ADAM E. WAYNE

Attorneys for Defendants,
NATIONAL SCHOOL BOARDS
ASSOCIATION

JOINT STIPULATION TO CONTINUE SCHEDULING HEARING
CASE NO.  2:22-CV-09438-AB (MAA).

1    Dated: April 2, 2023                          **LAW OFFICES OF MICHAEL E.**
                                                   **REZNICK**
2

3                                           By
                                            :
4                                                  MICHAEL E. REZNICK

5                                                  ATTORNEYS FOR PLAINTIFFS
                                                   RICHARD JACKSON, JULIE
6                                                  BRIGGS, AND GREGG
                                                   BUCHWALTER
7

8

9    *Under Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed and on whose*

10   *behalf the filing is submitted, concur in the filing's content and have authorized the*

11   *filing.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28