**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
DSinger@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:    +1 213 239 5100
Facsimile:    +1 213 239 5199

Gregory D. Washington (Cal. Bar No. 318796)
GWashington@jenner.com
455 Market Street, Suite 2100
San Francisco, CA  94105
Telephone:   +1 415 293 5937

Precious S. Jacobs-Perry (admitted *pro hac vice*)
PJacobs-Perry@Jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  +1 312 840-8615

William R. Weaver (admitted *pro hac vice*)
Wweaver@Jenner.com
1099 New York Avenue NW, #900
Washington, DC 20001
Telephone:  +1 202 639-6870

Attorneys for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Jackson et al., | Case No. 2:22-cv-09438-AB (MAA). |
| Plaintiffs,, | **DECLARATION OF DAVID R. SINGER IN SUPPORT OF THE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| TWITTER, INC., et al., | Complaint Served:  Varies by Defendant |
| Defendant. | Current Hearing Date:  June 23, 2023 |
| | New Hearing Date:  June 30, 2023 |
| | Trial Date: Not Set |

## <u>DECLARATION OF DAVID R. SINGER</u>

I, David R. Singer, hereby declare as follows:

1.       On April 12, 2023, the Court set a Scheduling Conference for June 23, 2023.

2.       Because of preexisting travel obligations with my family and non-refundable tickets, I am unable to attend a Scheduling Conference on that date.

3.       On the same day, counsel for Apple notified counsel for Defendants that I would be unable to attend a hearing on June 23, 2023.

4.       After conferring among counsel for Defendants, it was determined that one or more lead counsel also have conflicts on July 7, 14, and 21, but lead trial counsel for all Defendants were available on June 30, 2023.

5.       On April 20, 2023, counsel for Apple corresponded with Michael E. Reznick, counsel for Plaintiffs, and we agreed to continue the Scheduling Conference to June 30, 2023.

6.       There have been no previous requests for continuances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2023 at Los Angeles, California.

_/s/ David Singer_

David R. Singer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28