1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD JACKSON, et al., | Case No. 2:22-cv-09438-AB (MAA) |
| Plaintiffs, | The Honorable André Birotte |
| v. | **[PROPOSED] ORDER** |
| TWITTER, INC., et al. | |
| Defendants. | |

# [PROPOSED] ORDER

Having reviewed the Parties Joint Stipulation to Continue the Scheduling Conference, and finding good cause for the requested continuance, the Court GRANTS the stipulation. The Scheduling Conference is continued until June 30, 2023.

IT IS SO ORDERED.

DATED: _____, 2023           By:_____
                                                                         The Honorable André Birotte Jr.
                                                                         United States District Judge