BRIAN M. WILLEN (*pro hac vice forthcoming*)
    bwillen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the America, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

ARIEL C. GREEN ANABA, SBN 304780
    aanaba@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants*
GOOGLE LLC, ALPHABET INC.,
and YOUTUBE. LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| RICHARD JACKSON, et al., | Case No. 2:22-cv-09438-AB-MAA |
| Plaintiffs, | **DEFENDANTS GOOGLE LLC, ALPHABET INC., AND YOUTUBE, LLC'S CORPORATE DISCLSOURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |
| v. | |
| TWITTER, INC., et al., | |
| Defendants. | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Google LLC, YouTube, LLC, and Alphabet Inc. disclose the following:

1.      Alphabet Inc. is a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

2.      Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc.

3.      YouTube, LLC is a subsidiary of Google LLC.

## **NOTICE OF INTERESTED PARTIES**

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Google LLC, Alphabet Inc., and YouTube, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.      YouTube, LLC

2.      Google LLC

3.      XXVI Holdings Inc., Holding Company of Google LLC

4.      Alphabet Inc., Holding Company of XXVI Holdings Inc.


                                          Respectfully submitted,

Dated:  April 26, 2023          WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

                                          By:    */s/ Ariel C. Green Anaba*
                                          Ariel C. Green Anaba
                                          aanaba@wsgr.com

                                          Attorney of Record for Defendants
                                          GOOGLE LLC, ALPHABET INC.,
                                          and YOUTUBE, LLC