UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al., | Case No.: 2:22-cv-09438 AB (MAA) |
| Plaintiff, | Judge:  Hon. André Birotte Jr. Courtroom:  7B |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL SCHOOL BOARDS ASSOCIATION'S MOTION TO DISMISS** |
| TWITTER, INC., et al., | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

///

///

1
[PROPOSED] ORDER

282383635v.1

**[PROPOSED] ORDER GRANTING NATIONAL SCHOOL BOARDS ASSOCIATIONS' MOTION TO DISMISS**

Before the Court is the National School Boards Associations' Motion to Dismiss Plaintiffs' Complaint. Having considered the briefs, evidence, and arguments of counsel, and good cause appearing therefore, the Court GRANTS Defendant National School Boards Associations' Motion to Dismiss the Complaint, without leave to amend, and DISMISSES this action with prejudice as to Defendant National School Boards Association.

IT IS SO ORDERED.

DATED: _____, 2023          By:_____

                                        The Honorable André Birotte Jr.
                                        United States District Judge