

*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Brian Michael Willen

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **December 9, 2003**, *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on April 25, 2023.*

*Clerk of the Court*

CertID-00116294



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Brian M Willen

was duly qualified and admitted on December 6, 2004 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 17, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Brian M. Willen, P75110 of New York, New York is an inactive member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on March 02, 2011 in Washtenaw County and became a member of the State Bar of Michigan on August 22, 2011.



Peter W. Cunningham, Executive Director
April 18, 2023