ARIEL C. GREEN ANABA, SBN 304780
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Email: aanaba@wsgr.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD JACKSON, et al.,

Plaintiff(s)

v.

TWITTER, INC., et al.,

Defendant(s).

CASE NUMBER

2:22-cv-09438-AB-MAA

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Willen, Brian M.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(212) 999-5800
*Telephone Number*
(212) 999-5899
*Fax Number*
bwillen@wsgr.com
*E-Mail Address*

of

Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Google LLC, Alphabet Inc. and YouTube, LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* ____

**and designating as Local Counsel**

Green Anaba, Ariel C.
*Designee's Name (Last Name, First Name & Middle Initial)*
304780
*Designee's Cal. Bar No.*
(323) 210-2900
*Telephone Number*
(866) 974-7329
*Fax Number*
*E-Mail Address*

of

Wilson Sonsini Goodrich & Rosati, PC
633 West Fifth Street
Suite 1550
Los Angeles CA 90071-2027
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: ____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**