Stephen J. Kaufman, Bar No. 131605
*skaufman@kaufmanlegalgroup.com*
Gary S. Winuk, Bar No. 190313
*gwinuk@kaufmanlegalgroup.com*
**KAUFMAN LEGAL GROUP, APC**
777 S. Figueroa Street, Suite 4050
Los Angeles, CA 90017
Tel:  (213) 452-6565
Fax:  (213) 452-6575

*Counsel for Defendant DNC Services Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; META PLATFORMS, INC., a corporation doing business as "META" and "FACEBOOK, INC."; INSTAGRAM, INC., a Delaware corporation; AMAZON, INC. a Delaware corporation; YOU TUBE, INC., a Delaware corporation; APPLE, INC., a Delaware Corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as "THE DEMOCRATIC NATIONAL COMMITTEE" OR "DNC,",<br><br>Defendants. | CASE NO.: 2:22-cv-09438-AB-MAA<br><br>**DECLARATION OF GARY S. WINUK IN SUPPORT OF DNC SERVICES CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Hearing Date: June 9, 2023<br>Hearing Time: 10:00 a.m.<br>Location: 7B<br><br>Honorable Judge Andre Birotte Jr.<br>United States District Judge |

# DECLARATION OF GARY S. WINUK

I, Gary S. Winuk, hereby declare as follows:

1. I am an attorney licensed to practice before the Central District of California and am an attorney with the law firm Kaufman Legal Group APC, counsel of record for Defendant, DNC Services Corporation ("DNC"). I have personal knowledge of the facts set forth in this Declaration and, if called upon as a witness, I could and would competently testify thereto. This Declaration is submitted in support of Defendant DNC's Notice of Motion and Motion to Dismiss.

2. Pursuant to California Central District Local Rule Local Rule 7-3, I met and conferred with Michael Reznick, counsel for Plaintiffs in this matter, which took place on April 19, 2023. DNC initiated the meet-and-confer process with an email on April 14, 2023, and concluded the process with a phone conversation on April 19, 2023. The parties were unable to reach an agreement resolving the objections to Plaintiff's Complaint raised in this Motion to Dismiss as a result of the meet and confer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2023, at Sacramento, California.

/s/ *Gary S. Winuk*
GARY S. WINUK