| | |
|---|---|
| 1 | Stephen J. Kaufman, Bar No. 131605 |
| 2 | *skaufman@kaufmanlegalgroup.com* <br> Gary S. Winuk, Bar No. 190313 |
| 3 | *gwinuk@kaufmanlegalgroup.com* |
| 4 | **KAUFMAN LEGAL GROUP, APC** <br> 777 S. Figueroa Street, Suite 4050 |
| 5 | Los Angeles, CA 90017 |
| 6 | Tel: (213) 452-6565 <br> Fax: (213) 452-6575 |

*Counsel for Defendant DNC Services Corporation*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RICHARD JACKSON, et al. <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al. <br><br> Defendants. | CASE NO.: 2:22-cv-09438-AB-MAA <br><br> The Honorable André Birotte <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT DNC SERVICES CORPORATION'S MOTION TO DISMISS COMPLAINT** <br><br> Hearing Date: June 9, 2023 <br> Hearing Time: 10:00 a.m. <br> Location: 7B <br><br> Honorable Judge Andre Birotte Jr. <br> United States District Judge |

[PROPOSED] ORDER

# [PROPOSED] ORDER GRANTING DNC SERVICES CORPORATION'S MOTION TO DISMISS

Before the Court is Defendant DNC Services Corporation's Motion to Dismiss Plaintiffs' Complaint. Having considered the briefs, evidence, and arguments of counsel, and good cause appearing therefore, the Court GRANTS Defendant DNC SERVICES CORPORATION's Motion to Dismiss the Complaint and DISMISSES this action with prejudice.

IT IS SO ORDERED.

DATED:_____, 2023        By:_____
                                    The Honorable André Birotte Jr.
                                    United States District Judge