# EXHIBIT 2

**CIV-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 116126 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Michael E. Reznick Esq. | | |
| FIRM NAME: Law Offices of Michael E. Reznick, A Professional Corporation | | |
| STREET ADDRESS: 283 Ocho Rios Way | | |
| CITY: Oak Park  STATE: CA  ZIP CODE: 91377 | | |
| TELEPHONE NO.: 818.437.5630  FAX NO.: | | |
| E-MAIL ADDRESS: reznagoura@aol.com | | |
| ATTORNEY FOR (Name): Plaintiffs KELLIE WILLIAMS and RICHARD JACKSON, et al. | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90017
BRANCH NAME: STANLEY MOSK

Plaintiff/Petitioner: KELLIE WILLIAMS and RICHARD JACKSON, et al.
Defendant/Respondent: TWITTER, INC.

**REQUEST FOR DISMISSAL**

CASE NUMBER: 20STCV41458

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice  (2) [x] Without prejudice
   b. (1) [✓] Complaint  (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):  on (date):
      (4) [ ] Cross-complaint filed by (name):  on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [x] Other (specify):* Entire action against all parties WITHOUT PREJUDICE

2. (Complete in all cases except family law cases.)
   The court [ ] did  [x] did not  waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: September 20, 2022
MICHAEL E. REZNICK
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross Complainant

(To be completed by clerk)
4. [ ] Dismissal entered as requested on (date):
5. [ ] Dismissal entered on (date):  as to only (name):
6. [ ] Dismissal **not** entered as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
      [ ] a copy to be conformed  [ ] means to return conformed copy

Date:  Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

| | | CIV-110 |
|---|---|---|
| Plaintiff/Petitioner:<br>Defendant/Respondent: | | CASE NUMBER: |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one)*:   Yes   No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

▶

_____          _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                    (SIGNATURE)

| | | |
|---|---|---|
| CIV-110 [Rev. January 1, 2013] | **REQUEST FOR DISMISSAL** | Page 2 of 2 |

For your protection and privacy, please press the Clear This Form button after you have printed the form.     Print this form | Save this form

PROOF OF SERVICE
*Williams, et al. v. Twitter, Inc., et al.*, Los Angeles Superior Court Case No. 20STCV41458

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 283 Ocho Rios Way, Oak Park, California 91377

On 09/20/22 I served the foregoing document described as **REQUEST FOR DISMISSAL (WITHOUT PREJUDICE)** on the interested parties as follows:

Michael E. Reznick
Law Offices of Michael E. Reznick, APC
283 Ocho Rios Way
Oak Park, CA 91377-5540
Telephone: (818) 888-5900
E-mail: reznagoura@aol.com
*Attorneys for Plaintiffs*

Eric A. Franz
Xiang Li
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610
E-mail: ericfranz@dwt.com; xiangli@dwt.com
*Attorneys for Defendant Amazon.com, Inc.*

Michael G. Rhodes
Kyle C. Wong
Sharon Song
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel: (415) 693-2000; Fax: (415) 693-2222
E-mail: rhodesmg@cooley.com;
kwong@cooley.com;
ssong@cooley.com
*Attorneys for Defendant Twitter, Inc.*

Scott R. Commerson
Diana Palacios
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800; Fax: (213) 633-6899
E-mail: scottcommerson@dwt.com;
dianapalacios@dwt.com
*Attorneys for Defendant Amazon.com, Inc.*

Paven Malhotra
Matan Shacham
Max Alderman
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400; Fax: (415) 397-7188
E-mail: pmalhotra@keker.com;
mshacham@keker.com;
malderman@keker.com
*Attorneys for Defendants Facebook, Inc. and Instagram, Inc.*

David Kramer
Amit Q. Gressel
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300; Fax: (650) 493-6811
E-mail: dkramer@wsgr.com; agressel@wsgr.com
*Attorneys for Defendants Google, LLC Alphabet, Inc. and YouTube LLC*

7

| | |
|---|---|
| Stephen J. Kaufman<br>Gary S. Winuk<br>Kaufman Legal Group, APC<br>777 S. Figueroa Street, Suite 4050<br>Los Angeles, CA 90017<br>E-mail: skaufman@kaufmanlegalgroup.com;<br>       gwinuk@kaufmanlegalgroup.com<br>*Attorneys for Defendant DNC Services Corporation* | ROTHNER, SEGALL & GREENSTONE<br>Glenn Rothner, Esq. #67353<br>grothner@rsglabor.com<br>510 South Marengo Avenue<br>Pasadena, California 91105<br>Email: grothner@rsglabor.com<br>*Attorneys for Defendant American Federation of Teachers* |

[X] **(By Electronic Service)**
I caused such document described herein to be electronically served on the recipients by electronically filing and serving said document with Ace Attorney Service, a court-approved Electronic Filing Service Provider for the Los Angeles Superior Court.

[X] **(State Court)**
I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on __ **09/20/22** __

/s/ _Michael E. Reznick_
Michael E. Reznick

8