# EXHIBIT 4

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 11

**20STCV41458**                                                          October 13, 2021
**KELLIE WILLIAMS, et al. vs TWITTER, INC., et al.**                            1:56 PM

Judge: Honorable David S. Cunningham          CSR: None
Judicial Assistant: I. Arellanes               ERM: None
Courtroom Assistant: None                      Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Court Order Re. Case Reassignment;

The Court has reviewed the filing history of this case and notes that the initial complaint was
filed on October 29, 2020 with a civil case cover sheet that designated the matter "not complex"
and for "class action." However, the case was not pled as a class action. Assuming the case was a
class action, the matter was assigned to Judge Palazuelos who issued a standard form order
determining the case to be complex on November 17, 2020. Plaintiff filed a First Amended
Complaint naming additional defendants on August 6, 2021. Again plaintiff did not plead the
case as a class action. On September 7, 2021, a late appearing defendant filed a peremptory
challenge to Judge Palazuelos and the case was reassigned to Judge Carolyn Kuhl. However,
after further review of the First Amended Complaint the Court has determined that the matter
was sent to complex on the grounds it was a class action based on an incorrect civil case cover
sheet. Although the First Amended Complaint is captioned "class action," the Court finds there
are insufficient class allegations and transfers this matter to Department 1 for reassignment to an
independent calendaring court.

The case is reassigned for the following reason: Non-Complex / Non-Class Action.

The case is ordered transferred to Judge David J. Cowan in Department 1 at the Stanley Mosk
Courthouse for reassignment purposes only.

Certificate of Mailing is attached.

---