# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>TWITTER, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-09438-AB-MAA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AMAZON.COM, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Date:　　　　June 9, 2023<br>Time:　　　　10:00 a.m.<br>Courtroom:　7B<br>Judge:　　　Hon. André Birotte Jr. |

Before the Court is Amazon.com, Inc.'s Motion to Dismiss Plaintiffs' Complaint. Having considered the briefs, evidence, and arguments of counsel, and good cause appearing therefore, the Court **GRANTS** Defendant Amazon.com, Inc.'s Motion to Dismiss the Complaint and **DISMISSES** this action with prejudice.

**IT IS SO ORDERED.**

DATED:_____, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable André Birotte Jr.
　　　　　　　　　　　　　　　　　United States District Judge