SCOTT R. COMMERSON (State Bar No. 227460)
  scottcommerson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6890 / Fax:  (213) 633-6899

AMBIKA KUMAR (WA Bar No. 38237) (*pro hac vice*)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone:  (206) 757-8030 / Fax:  (206) 757-7070

CHELSEA T. KELLY (DC Bar No. 1045673) (*pro hac vice* pending)
  chelseakelly@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, DC 20009
Telephone:  (202) 973-4250 / Fax:  (202) 973-4450

Attorneys for Defendant AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>TWITTER, INC., et al.,<br><br>  Defendants. | Case No. 2:22-cv-09438-AB-MAA<br><br>**DEFENDANT AMAZON.COM, INC.'S NOTICE OF INTERESTED PARTY AND CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Hon. André Birotte, Jr.<br><br>Complaint Filed: December 29, 2022 |

1
DEFENDANT AMAZON.COM, INC.'S NOTICE OF INTERESTED PARTY
AND CORPORATE DISCLOSURE STATEMENT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## NOTICE OF INTERESTED PARTY AND
## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Amazon.com, Inc. (incorrectly sued as Amazon, Inc. in the above-captioned action), certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Defendant Amazon.com, Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant states that:

1. Amazon.com, Inc. does not have any parent corporations.

2. No publicly held corporation owns 10% or more of the stock of Amazon.com, Inc.

DATED: April 26, 2023        DAVIS WRIGHT TREMAINE LLP

By:     /s/ Ambika Kumar
        Ambika Kumar

Counsel for Defendant AMAZON.COM, INC.

2

DEFENDANT AMAZON.COM, INC.'S NOTICE OF INTERESTED PARTY AND CORPORATE DISCLOSURE STATEMENT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899