1  KEKER, VAN NEST & PETERS LLP
   PAVEN MALHOTRA - # 258429
2  pmalhotra@keker.com
   MATAN SHACHAM - # 262348
3  mshacham@keker.com
   JANAY M. WILLIAMS - #345219
4  jwilliams@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
6  Facsimile:   415 397 7188

7  Attorneys for Defendants
   META PLATFORMS, INC. and
8  INSTAGRAM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>TWITTER, INC., et al.<br><br>      Defendants. | Case No. 2:22-CV-09438-AB (MAA)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' META PLATFORMS, INC., INSTAGRAM, LLC, GOOGLE LLC, ALPHABET, INC., YOUTUBE LLC, AND X CORP., SUCCESSOR IN INTEREST TO TWITTER, INC.'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Date: June 9, 2023<br>Time: 10:00 a.m.<br>Dept.: 7B<br><br>Judge:  Hon. Andre Birotte, Jr.<br><br>Complaint Filed:  December 29, 2022 |

# [PROPOSED] ORDER

Before the court is Defendants' Meta Platforms, Inc., Instagram, LLC, Google LLC, Alphabet, Inc., YouTube LLC, and X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter") (collectively, "Defendants") Motion to Dismiss and Motion to Strike Plaintiffs' Complaint. Having considered the briefs, evidence, and arguments of counsel, and good cause appearing therefore, the court GRANTS Defendants' Motion to Dismiss and Motion to Strike without leave to amend and DISMISSES this action with prejudice as to these Defendants.  Pursuant to Cal. Civ. Proc. Code § 425.16(c), Defendants may file a motion for attorney's fees and costs within thirty (30) days hereof. The same motion may address any other grounds upon which Defendants seek attorneys' fees or costs.

**IT IS SO ORDERED.**

Dated:

HON. ANDRÉ BIROTTE JR.
DISTRICT COURT JUDGE