**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD JACKSON, et al., | Case No. 2:22-cv-09438-AB (MAA) |
| Plaintiffs, | The Honorable André Birotte |
| v. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE (Dkt. No. 44.)** |
| TWITTER, INC., et al. | |
| Defendants. | |

**ORDER**

Having reviewed the Parties Joint Stipulation to Continue the Scheduling Conference (Dkt. No. 44), and finding good cause for the requested continuance, the Court **GRANTS** the stipulation. The Scheduling Conference is continued until June 30, 2023, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: April 27, 2023            By: _____
                                        The Honorable André Birotte Jr.
                                        United States District Judge