# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al., <br><br> Plaintiff(s) <br> v. <br><br> TWITTER, INC., et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 2:22-cv-09438-AB-MAA <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kelly, Chelsea T.
*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 973-4250          (202) 973-4450
*Telephone Number*       *Fax Number*

chelseakelly@dwt.com
*E-Mail Address*

of

Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, DC 20005
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Amazon.com, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Commerson, Scott R.
*Designee's Name (Last Name, First Name & Middle Initial*

227460              213.633.6800         213.633.6899
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

scottcommerson@dwt.com
*E-Mail Address*

of

Davis Wright Tremaine LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☒ not be refunded.

**Dated: April 27, 2023**

*[signature]*

**U.S. District Judge/U.S. Magistrate Judge**