Ian A. Stewart, Esq. (SBN 250689)
Adam E. Wayne, Esq. (SBN 332534)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone:(213) 443-5100
Facsimile: (213) 443-5101
Ian.Stewart@wilsonelser.com
Adam.Wayne@wilsonelser.com

Attorneys for Defendant,
National School Boards Association

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al., | Case No.: 2:22-cv-09438 AB (MAA) |
| Plaintiff, | **DEFENDANT NATIONAL SCHOOL BOARDS ASSOCIATION'S NOTICE OF INTERESTED PARTIES** |
| v. | |
| TWITTER, INC., et al., | |
| Defendants. | Complaint Filed: December 29, 2022
Trial Date: None Set |

## NOTICE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for National School Boards Association (NSBA), certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant National School Boards Association
2. Continental Casualty Company is an insurer that may be liable in whole or in party (directly or indirectly) for a judgment in the action and for cost of defense.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant states that:

1. National School Boards Association does not have any parent corporations.

2. No publicly held corporation owns 10% or more of the stock of National School Boards Association.

Dated:  May 2, 2023

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By:  _/s/ Ian A. Stewart_____
Ian A. Stewart, Esq.
Attorneys for Defendants,
National School Boards Association

4

DEFENDANT NATIONAL SCHOOL BOARDS ASSOCIATION'S NOTICE OF INTERESTED PARTIES

282558631v.1