**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE BRIGGS, et al.<br><br>                    PLAINTIFF(S)<br>v.<br>TWITTER, INC., et al.<br><br>                    DEFENDANT(S). | CASE NUMBER:<br>2:22−cv−09438−AB−MAA<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 4/26/2023 | 48 and 51 | Motions to Dismiss |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: _____5/2/2023_____    By: _____[signature]_____
                                                                U.S. District Judge / U.S. Magistrate Judge