Name and address:
Tanya L. Greene (SBN 267975)
McGUIREWOODS LLP
355 South Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Tel.: (213) 457-9879
E-Mail: tgreene@mcguirewoods.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al.,<br><br>v.                  Plaintiff(s)<br><br>TWITTER, INC., et al.,<br><br>                Defendant(s). | CASE NUMBER<br><br>2:22-cv-09438-AB-MAA<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Barber, Kathryn M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(804) 775-1227      (804) 698-2227
*Telephone Number*      *Fax Number*

kbarber@mcguirewoods.com
*E-Mail Address*

of
McGUIREWOODS LLP
800 East Canal Street
Gateway Plaza
Richmond, VA 23219
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Twitter, Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Greene, Tanya L.
*Designee's Name (Last Name, First Name & Middle Initial)*

267975     (213) 457-9879     (213) 457-9899
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

tgreene@mcguirewoods.com
*E-Mail Address*

of
McGUIREWOODS LLP
355 South Grand Avenue
Suite 4200
Los Angeles, CA 90071-3103
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded    ☐ not be refunded.

**Dated** _____

                                                                                          **U.S. District Judge/U.S. Magistrate Judge**