| | |
|---|---|
| 1 | Stephen J. Kaufman, Bar No. 131605 |
| 2 | *skaufman@kaufmanlegalgroup.com* |
|   | Gary S. Winuk, Bar No. 190313 |
| 3 | *gwinuk@kaufmanlegalgroup.com* |
| 4 | **KAUFMAN LEGAL GROUP, APC** |
|   | 777 S. Figueroa Street, Suite 4050 |
| 5 | Los Angeles, CA 90017 |
| 6 | Tel: (213) 452-6565 |
|   | Fax: (213) 452-6575 |
| 7 | |
| 8 | *Counsel for Defendant DNC Services Corporation* |

KAUFMAN LEGAL GROUP, APC
777 S. Figueroa St., Ste. 4050
Los Angeles, CA 90017
Tel: (213) 452-6565  Fax: (213) 452-6575

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; META PLATFORMS, INC., a corporation doing business as "META" and "FACEBOOK, INC."; INSTAGRAM, INC., a Delaware corporation; AMAZON, INC. a Delaware corporation; YOU TUBE, INC., a Delaware corporation; APPLE, INC., a Delaware Corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as "THE DEMOCRATIC NATIONAL COMMITTEE" OR "DNC,"<br><br>Defendants. | CASE NO.: 2:22-cv-09438-AB-MAA<br><br>**DEFENDANT DNC SERVICES CORPORATION'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.1-1)**<br><br>Judge: Hon. Judge Andre Birotte Jr.<br>Complaint Filed: December 29, 2022 |

# NOTICE OF INTERESTED PARTIES AND
# <u>CORPORATE DISCLOSURE STATEMENT</u>

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant DNC Services Corporation ("DNC"), hereby certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Defendant DNC Services Corporation;
2. RSUI Group Inc., a wholly-owned subsidiary of Alleghany Corporation, a Berkshire Hathaway Company (primary insurance carrier);
3. Markel Insurance Company (umbrella carrier).

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant further states that:

1. DNC Services Corporation does not have any parent corporations.
2. No publicly held corporation owns any stock in DNC.

Dated: May 4, 2023

Respectfully submitted,

KAUFMAN LEGAL GROUP, APC

/s/ *Stephen J. Kaufman*
Stephen J. Kaufman
Gary S. Winuk

Attorneys for Defendant DNC Services Corporation