Name and address:
Tanya L. Greene (SBN 267975)
McGUIREWOODS LLP
355 South Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Tel.: (213) 457-9879
E-Mail: tgreene@mcguirewoods.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, et al., <br><br> Plaintiff(s) <br><br> v. <br><br> TWITTER, INC., et al., <br><br> Defendant(s). | **CASE NUMBER** <br> 2:22-cv-09438-AB-MAA <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Barber, Kathryn M.        of    McGUIREWOODS LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    800 East Canal Street
(804) 775-1227       (804) 698-2227          Gateway Plaza
*Telephone Number*    *Fax Number*           Richmond, VA 23219
kbarber@mcguirewoods.com
*E-Mail Address*                            *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Twitter, Inc.

*Name(s) of Party(ies) Represented*          ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
Greene, Tanya L.             of    McGUIREWOODS LLP
*Designee's Name (Last Name, First Name & Middle Initial)*  355 South Grand Avenue
267975    (213) 457-9879    (213) 457-9899   Suite 4200
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*   Los Angeles, CA 90071-3103
tgreene@mcguirewoods.com
*E-Mail Address*                            *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,  ☐ be refunded  ☒ not be refunded.

Dated   May 9, 2023                          _____
                                             U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1