1  MCGUIREWOODS LLP
   Tanya L. Greene (SBN 267975)
2  355 S. Grand Avenue, Suite 4200
   Los Angeles, California 90071-3103
3  Telephone: (213) 457-9879
   E-Mail: tgreene@mcguirewoods.com
4
   MCGUIREWOODS LLP
5  Jonathan Y. Ellis (*Admitted Pro Hac Vice*)
   501 Fayetteville Street, Suite 500
6  Raleigh, North Carolina 27601
   Telephone: (919) 755-6688
7  E-Mail: jellis@mcguirewoods.com

8  Attorneys for X Corp., successor in interest to named defendant Twitter, Inc.

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 | RICHARD JACKSON, JULIE              | CASE NO. 2:22-cv-09438-AB (MAA)
   | BRIGGS, and GREGG
12 | BUCHWALTER, Individually And On
   | Behalf Of All Others Similarly Situated,  | **JOINT STIPULATION**
13 |                                     | **REGARDING FILING OF FIRST**
   |           Plaintiffs,               | **AMENDED COMPLAINT AND**
14 |                                     | **CONTINUING SCHEDULING**
   |     vs.                             | **CONFERENCE**
15 | TWITTER, INC., a Delaware
   | corporation; GOOGLE, LLC, a limited
16 | liability company; ALPHABET, INC., a | [*Filed Concurrently with Declaration of*
   | Delaware corporation; META          | *Tanya L. Greene and [Proposed]*
17 | PLATFORMS, INC., a corporation      | *Order*]
   | doing business as "META" and
18 | "FACEBOOK, INC."; INSTAGRAM,
   | INC., a Delaware corporation;        | Complaint Filed:  December 29, 2022
19 | AMAZON INC., a Delaware
   | corporation; YOUTUBE INC., a
20 | Delaware corporation; APPLE, INC., a
   | Delaware corporation; AMERICAN
21 | FEDERATION OF TEACHERS;
   | NATIONAL EDUCATION
22 | ASSOCIATION; NATIONAL
   | SCHOOL BOARD ASSOCIATION;
23 | DNC SERVICES CORPORATION, a
   | corporation doing business nationwide
24 | as, "THE DEMOCRATIC NATIONAL
   | COMMITTEE" OR "DNC,"
25 |
   |           Defendants.

26
27
28

**JOINT STIPULATION**

Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter (collectively, "Plaintiffs") and Defendants X Corp., successor in interest to named defendant Twitter, Inc. ("Twitter"), Meta Platforms, Inc., Instagram LLC,[1] Google LLC, Alphabet, Inc., YouTube LLC,[2] Amazon.com, Inc.,[3] Apple Inc., American Federation of Teachers, National Education Association, National School Boards Association, and the DNC Services Corporation (collectively, "Defendants") (together with Plaintiffs, the "Parties") by and through their respective counsel of record, hereby agree and stipulate as follows:

**RECITALS**

WHEREAS, Plaintiffs filed their initial Complaint on December 29, 2022 (ECF No. 1);

WHEREAS, Apple Inc. filed a Motion to Dismiss the Complaint on April 11, 2023 (ECF No. 34);

WHEREAS, American Federation of Teachers and National Education Association filed a Motion to Dismiss the Complaint on April 21, 2023 (ECF No. 41);

WHEREAS, National School Boards Association, DNC Services Corporation, Amazon, Inc., Instagram LLC, Meta Platforms, Inc., Google LLC, Alphabet, Inc., YouTube LLC, and Twitter filed Motions to Dismiss the Complaint on April 26, 2023 (ECF Nos. 48, 51, 53, and 56);

---

[1] Instagram LLC is incorrectly identified in the complaint as Instagram, Inc.

[2] YouTube LLC is incorrectly identified in the complaint as Youtube, Inc.

[3] Amazon.com, Inc. is incorrectly identified in the Complaint as Amazon, Inc.

WHEREAS, Twitter filed a Motion to Strike Class Action Claims and Allegations on April 26, 2023 (ECF. No. 55)[4];

WHEREAS, Defendants' Motions are set to be heard on June 9, 2023 (ECF Nos. 34, 41, 48, 51, 53, 55, and 56) ("Motions Hearing");

WHEREAS, the Scheduling Conference is currently set for June 30, 2023 (ECF No. 58);

WHEREAS, following the filings of Defendants' Motions, Plaintiffs' counsel has advised that Plaintiffs intend to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1);

WHEREAS, the Parties have conferred and agree that Plaintiffs may have up to May 24, 2023 to file a First Amended Complaint;

WHEREAS, the Parties have further conferred and agreed that to promote efficiency given the anticipated First Amended Complaint and Defendants' potential renewed motions in response thereto that, subject to the Court's approval, the Scheduling Conference set for June 30, 2023 should be vacated and rescheduled to a date after any renewed motion to dismiss and/or motion to strike briefing is complete;

WHEREAS, "[a] request to continue the scheduling conference will be granted only for good cause." Order Setting Scheduling Conference at 5, ECF No. 35;

WHEREAS, there is good cause for the continuance of Plaintiffs' deadline to file a First Amended Complaint and the Scheduling Conference because the continuances will promote efficiency and conservation of judicial resources;

WHEREAS, no party will be prejudiced by the continuances;

WHEREAS, the continuances will not impact any other deadlines in the case.

---

[4] Defendants' Motions to Dismiss and Motion to Strike discussed herein are collectively referred to as Defendants' Motions.

# STIPULATION

Based on the above and for good cause, the Parties by and through their counsel stipulate as follows:

1. Plaintiffs shall file their First Amended Complaint on or before May 24, 2023;
2. Defendants shall have at least 21 days to respond to the First Amended Complaint by answer, motion to dismiss, or as otherwise permitted by the Federal and/or Local Rules; and
3. The Motions Hearing set for June 9, 2023 and the Scheduling Conference set for June 30, 2023 shall be vacated and the Motions Hearing rescheduled to a date set by Defendants with the Court at the time of filing of any renewed motions and the Scheduling Conference shall be rescheduled to a date after any renewed motion to dismiss briefing is complete regarding the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: May 11, 2023

MCGUIREWOODS LLP

By  /s/ *Tanya L. Greene*
TANYA L. GREENE
JONATHAN Y. ELLIS

Attorneys for X Corp., successor in interest to named defendant TWITTER, INC.

| | |
|---|---|
| Dated: May 11, 2023 | KEKER, VAN NEST & PETERS LLP |
| | By /s/ *Paven Malhotra*<br>PAVEN MALHOTRA<br>MATAN SHACHAM |
| | Attorneys for Defendants<br>META PLATFORMS, INC. AND INSTAGRAM LLC |
| Dated: May 11, 2023 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| | By /s/ *Amit Q. Gressel*<br>BRIAN M. WILLEN (*pro hac vice forthcoming*)<br>AMIT Q. GRESSEL<br>ARIEL C. GREEN ANABA |
| | Attorneys for Defendants<br>GOOGLE LLC, ALPHABET, INC., AND YOUTUBE LLC |
| Dated: May 11, 2023 | DAVIS WRIGHT TREMAINE LLP |
| | By<br>/s/ *Scott R. Commerson*<br>SCOTT R. COMMERSON |
| | Attorneys for Defendant<br>AMAZON.COM, INC. |

| | | |
|---|---|---|
| Dated: May 11, 2023 | | JENNER & BLOCK LLP |
| | By | /s/ David R. Singer |
| | | DAVID R. SINGER |
| | | PRECIOUS S. JACOBS-PERRY |
| | | GREGORY D. WASHINGTON |
| | | Attorneys for Defendant APPLE INC. |
| Dated: May 11, 2023 | | KAUFMAN LEGAL GROUP, APC |
| | By | /s/ Stephen J. Kaufman |
| | | STEPHEN J. KAUFMAN |
| | | GARY WINUK |
| | | Attorneys for Defendant DNC SERVICES CORPORATION |
| Dated: May 11, 2023 | | ROTHNER, SEGALL & GREENSTONE |
| | By | /s/ Glenn Rothner |
| | | GLENN ROTHNER |
| | | ELI NADURIS-WEISSMAN |
| | | Attorneys for Defendants AMERICAN FEDERATION OF TEACHERS AND NATIONAL EDUCATION ASSOCIATION |

Dated:  May 11, 2023

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By  */s/ Ian A. Stewart*
IAN A. STEWART
ADAM E. WAYNE

Attorneys for Defendant
NATIONAL SCHOOL BOARDS ASSOCIATION

Dated:  May 11, 2023

LAW OFFICES OF MICHAEL E. REZNICK

By  */s/ Michael E. Reznick*
MICHAEL E. REZNICK

Attorneys for Plaintiffs RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER

**ATTESTATION**

The undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation. (*L.R. 5-4.3.4*).

*/s/ Tanya L. Greene*
Tanya L. Greene

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023, the foregoing JOINT STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND CONTINUING SCHEDULING CONFERENCE was filed electronically in the Court's Electronic Case Filing system ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

                                           */s/ Tanya L. Greene*
                                           Tanya L. Greene