1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; META PLATFORMS, INC., a corporation doing business as "META" and "FACEBOOK, INC."; INSTAGRAM, INC., a Delaware corporation; AMAZON INC., a Delaware corporation; YOUTUBE INC., a Delaware corporation; APPLE, INC., a Delaware corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as, "THE DEMOCRATIC NATIONAL COMMITTEE" OR "DNC,"<br><br>Defendants. | CASE NO. 2:22-cv-09438-AB (MAA)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND CONTINUING SCHEDULING CONFERENCE**<br><br>Complaint Filed:  December 29, 2022 |

## [PROPOSED] ORDER

Having reviewed the Joint Stipulation Regarding Filing of First Amended Complaint and Continuing Scheduling Conference (the "Stipulation") submitted by Plaintiffs Richard Jackson, Julie Briggs, and Gregg Buchwalter (collectively, "Plaintiffs") and Defendants X Corp., successor in interest to named defendant Twitter, Inc., Meta Platforms, Inc., Instagram LLC, Google LLC, Alphabet, Inc., YouTube LLC, Amazon.com, Inc., Apple Inc., American Federation of Teachers, National Education Association, National School Boards Association, and the DNC Services Corporation (collectively, "Defendants") and finding good cause for the same, IT IS HEREBY ORDERED THAT:

1. The Stipulation is GRANTED;
2. Plaintiffs shall file their First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(1), on or before May 24, 2023;
3. Defendants shall have at least 21 days to respond to the First Amended Complaint by answer, motion to dismiss, or as otherwise permitted by the Federal and/or Local Rules; and
4. The Motions Hearing set for June 9, 2023 and the Scheduling Conference set for June 30, 2023 shall be vacated and the Motions Hearing rescheduled to a date set by Defendants with the Court at the time of filing of any renewed motions and the Scheduling Conference shall be rescheduled to a date after any renewed motion to dismiss briefing is complete regarding the First Amended Complaint.

**IT IS SO ORDERED.**

DATE: _____       _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE