Michael E. Reznick, Esq.  State Bar No. 116126
LAW OFFICES OF MICHAEL E. REZNICK
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377-5540
Tel:  (818) 437-5630
Email:  reznagoura@aol.com

Attorney for Plaintiffs RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually And On Behalf Of All Others Similarly Situated

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, JULIE BRIGGS, and GREGG BUCHWALTER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation; GOOGLE, LLC, a limited liability company; ALPHABET, INC., a Delaware corporation; FACEBOOK, INC., a Delaware corporation; INSTAGRAM, INC., a Delaware corporation; AMAZON INC. a Delaware corporation; YOU TUBE, INC., a Delaware corporation; APPLE, INC., a Delaware corporation; AMERICAN FEDERATION OF TEACHERS; NATIONAL EDUCATION ASSOCIATION; NATIONAL SCHOOL BOARD ASSOCIATION; DNC SERVICES CORPORATION, a corporation doing business nationwide as "THE DEMOCRATIC NATIONAL COMMITTEE,"<br><br>Defendants. | CASE NO. 2:22-cv-09438-AB (MAA)<br><br>**NOTICE OF LODGING OF AND JULY 4, 2023 MEMORANDUM RULING IN RELATED CASE GRANTING PLAINTIFFS' REQUEST FOR A NATIONWIDE  PRELIMINARY INJUNCTION AGAINST THE FEDERAL GOVERNMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**YOU ARE HEREBY NOTIFIED THAT** on July 4, 2023, the United States District Court for the Western District of Louisiana, Honorable Terry A. Doughty, Judge Presiding, issued

1

a Memorandum Ruling on Plaintiffs' Request for Preliminary Injunction in a clearly "related" case, *State of Missouri, et al. v. Joseph R. Biden, Jr., et al*., Case No. 3:22-CV-01213 ("Missouri v. Biden") ("Memorandum Ruling"). (See Plaintiffs' April 21, 2023 "Notice of Possible Related Case" (Doc. No. 39).  (A true and correct copy of the July 4, 2023 Memorandum Ruling is LODGED herewith).

Plaintiffs and the Putative Class contend that this landmark Memorandum Ruling (henceforth barring federal officials from making public statements and demands to social media platforms (like defendants Twitter, Inc. and Google herein) and other third party agents and actors (like defendants the AFT, NEA and NSBA) "to induce them to censor disfavored speech and speakers" is directly related to adjudicating the "viewpoint discrimination of political speech" claims asserted by Plaintiffs and the Putative Class in the extant Class Action Complaint against such third-party Government agents and parties.

As Judge Doughty explained:

"The Plaintiffs are likely to succeed on the merits in establishing that the Government has used its power to silence the opposition.  Opposition to COVID-19 vaccines; opposition to COVID-19 masking and lockdowns; opposition to the lab-leak theory of COVID-19; opposition to the validity of the 2020 election; opposition to President Biden's policies; statements that the Hunter Biden laptop story was true; and opposition to policies of the government officials in power.  All were suppressed.  It is quite telling that each example or category of suppressed speech was conservative in nature.  The targeted suppression of conservative ideas is a perfect example of *viewpoint discrimination of political speech.*  American citizens have the right to engage in free

///

///

debate about the significant issues affecting the country.

Although this case is still relatively young, and at this stage the Court is only examining it in terms of Plaintiffs' likelihood of success on the merits, the evidence produced thus depicts an almost dystopian scenario. During the COVID-19 pandemic, a period perhaps best characterized by widespread doubt and uncertainty, the United States Government seems to have assumed a role similar to an Orwellian 'Ministry of Truth.'"[1] (Memorandum Ruling at page 154) (Emphasis Added).

Judge Doughty's Memorandum Ruling is directly related to and instructive on adjudicating the "viewpoint discrimination of political speech" claims asserted by Plaintiffs and the Putative Class in the Class Action Complaint filed against the named third-party defendants herein – whom Plaintiffs allege were acting and continue to act as agents of the Government in censoring and suppressing conservative speech or speech or expression speech they do not like – namely, speech that is inconsistent with or opposes the political views promulgated by defendant the Democratic National Committee and the current Biden Administration.

DATED: July 5, 2023              LAW OFFICES OF MICHAEL E. REZNICK
                                 A Professional Corporation

                                 By: /s/ Michael E. Reznick

                                 Attorney for Plaintiffs RICHARD JACKSON,
                                 JULIE BRIGGS, and GREGORY BUCHWALTER,
                                 individually and on behalf of all others similarly
                                 situated

---

[1] An "Orwellian Ministry of Truth" refers to the concept presented in George Orwell's dystopian novel, '1984.' In the novel, the Ministry of Truth is a governmental institution responsible for altering historical records and disseminating propaganda to manipulate and control public perception.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2023, I electronically filed the foregoing document entitled:

**NOTICE OF DISTRICT COURT'S JULY 4, 2023 RULING IN RELATED CASE GRANTING PRELIMINARY INJUNCTION AGAINST THE FEDERAL GOVERNMENT**

with the Clerk of the Court for the Central District of California by using the CM/ECF system.

I certify that all parties of record to this appeal either are registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on July 5, 2023 at Oak Park, California.

/s/ Michael E. Reznick
    Michael E. Reznick