| | |
|---|---|
| 1 | BRIAN M. WILLEN (*pro hac vice*) |
| 2 | bwillen@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation<br>1301 Avenue of the America, 40th Floor |
| 4 | New York, NY 10019-6022<br>Telephone: (212) 999-5800 |
| 5 | Facsimile: (212) 999-5899 |
| 6 | ARIEL C. GREEN ANABA, SBN 304780 |
| 7 | aanaba@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI |
| 8 | Professional Corporation<br>953 East Third Street, Suite 100 |
| 9 | Los Angeles, CA  90013<br>Telephone: (323) 210-2900 |
| 10 | Facsimile: (866) 974-7329 |
| 11 | |
| 12 | *Attorneys for Defendants*<br>GOOGLE LLC, ALPHABET INC., |
| 13 | and YOUTUBE. LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 17 | RICHARD JACKSON, et al., | Case No. 2:22-cv-09438-AB-MAA |
| 18 | Plaintiffs, | **DEFENDANTS ALPHABET INC., AMAZON.COM, INC., AMERICAN FEDERATION OF TEACHERS, APPLE INC., DNC SERVICES CORPORATION, GOOGLE LLC, INSTAGRAM, LLC, META PLATFORMS, INC., NATIONAL EDUCATION ASSOCIATION, NATIONAL SCHOOL BOARDS ASSOCIATION, YOUTUBE, LLC, AND X CORPORATION'S (FORMERLY KNOWN AS TWITTER, INC.) NOTICE OF DECISION IN MR. REZNICK'S BANKRUPTCY APPEAL** |
| 19 | | |
| 20 | v. | |
| 21 | TWITTER, INC., et al., | |
| 22 | Defendants. | |

# NOTICE OF DECISION IN MR. REZNICK'S BANKRUPTCY APPEAL

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

On July 14, 2023, the Court held a status conference regarding the status of Plaintiffs' case given that Plaintiffs' counsel, Mr. Michael Reznick, had been suspended from practicing in the Central District due to a finding of fraud on the court in a pending bankruptcy case. (*See* Dkt. 76.) The Court set a further status conference for September 15, 2023 to determine whether Plaintiffs would proceed with new counsel or not at all. (*See id.*) That status conference was further continued to October 13, 2023. (*See* Dkt. 83.)

On October 13, 2023, the Court held the aforementioned status conference. (*See* Dkt. 85.) During that hearing, Mr. Reznick informed the Court that he had been unsuccessful in finding replacement counsel. Mr. Reznick also informed the Court that he had appealed the Bankruptcy Court's finding of fraud, and that the Ninth Circuit Bankruptcy Appellate Panel would soon issue a decision in that appeal. The Court further continued the status conference until January 12, 2024, and ordered Mr. Reznick to keep him updated on the status of his appeal.

On October 20, 2023, the Ninth Circuit Bankruptcy Appellate Panel affirmed the Bankruptcy Court's decision that Mr. Reznick had committed fraud on the court, concluding that "[a]ll of Mr. Reznick's arguments are meritless." *See In re DA & AR Hospice Care, Inc.*, BAP No. CC-22-1128-FLC, at 1 (9th Cir. BAP 2023) (attached for the Court's convenience as Exhibit A). Accordingly, Defendants Alphabet Inc., Amazon.com, Inc., American Federation of Teachers, Apple Inc., DNC Services Corporation, Google LLC, Instagram, LLC, Meta Platforms, Inc., National Education Association, National School Boards Association, YouTube, LLC, and X Corporation (formerly known as Twitter, Inc.) provide this notice of decision in accordance with the spirit of the Court's October 13, 2023 Order.

```
 1
 2                                      Respectfully submitted,
 3
    Dated:  November 7, 2023            WILSON SONSINI GOODRICH & ROSATI
 4                                      Professional Corporation
 5
                                        By:    /s/ Ariel C. Green Anaba
 6                                             Ariel C. Green Anaba
                                               aanaba@wsgr.com
 7
 8                                      Attorney of Record for Defendants
                                        GOOGLE LLC, ALPHABET INC.,
 9                                      and YOUTUBE, LLC
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```