JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al., <br><br> Defendants. | Case No.: 2:22-cv-09438 AB (MAA) <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action was heard and decided by the Court. The issues have been heard and a decision has been rendered as set forth in the Court's March 28, 2024 order granting the Defendants Apple Inc., the American Federation of Teachers, the National Education Association, the National School Boards Association, DNC Services Corporation, Amazon.com, Inc., X Corp. (as successor to Twitter, Inc.), Meta Platforms, Inc., Instagram, LLC, Google LLC, YouTube LLC, and Alphabet Inc.'s ("Defendants") motions to dismiss the Complaint and Defendant X Corp.'s motion to strike the class action claims and allegations. (Dkt. 108).

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants' motions to dismiss the Complaint are granted without leave to amend. (Dkt. 34, 41, 48, 51, 53, 55, 56, 90, 91, and 93);
2. Defendant X Corp.'s Motion to Strike the class action claims and allegations is granted. (Dkt. 55);
3. Judgment is entered in favor of Defendants Apple Inc., the American Federation of Teachers, the National Education Association, the National School Boards Association, DNC Services Corporation, Amazon.com, Inc., X Corp., Meta Platforms, Inc., Instagram, LLC, Google LLC, YouTube LLC, and Alphabet Inc., and against Plaintiffs;
4. Defendants are hereby dismissed from the action;
5. Plaintiffs shall take nothing from Defendants by way of this action;
6. Costs are awarded to Defendants, as the prevailing party, and
7. Defendants, as the prevailing party, may seek their attorney's fees to the extent permitted by law.

**IT IS SO ORDERED.**

Dated: April 29 2024

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE