FILED

DEC 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREGG BUCHWALTER, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>TWITTER, INC., Delaware corporation; Successor X Corp; et al.,<br><br>    Defendants - Appellees. | No. 24-3684<br><br>D.C. No. 2:22-cv-09438-AB-MAA<br>Central District of California, Los Angeles<br><br>ORDER |

Before: S.R. THOMAS, SILVERMAN, and TALLMAN, Circuit Judges.

Upon a review of the record and the opening brief, we conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard). Accordingly, the motion for summary affirmance (Docket Entry No. 9) is granted. We summarily affirm the district court's judgment as to all parties.

**AFFIRMED.**