| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 10 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GREGG BUCHWALTER, Individually And On Behalf Of All Others Similarly Situated,

        Plaintiff - Appellant,

 v.

TWITTER, INC., Delaware corporation; Successor X Corp; et al.,

        Defendants - Appellees.

No. 24-3684

D.C. No. 2:22-cv-09438-AB-MAA

Central District of California, Los Angeles

MANDATE

The judgment of this Court, entered December 18, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT